UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ENVIRONMENTAL, SAFETY & HEALTH CONSULTING SERVICES INC., AS OWNER OF THE VESSEL, M/V MRS. PATSY IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILTIY | CIVIL ACTION NO. 25-1827 SECTION: "P" (3) JUDGE DARREL JAMES PAPILLION MAGISTRATE JUDGE EVA J. DOSSIER |

## THIRD PARTY COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Environmental, Safety and Health Consulting Services Inc., hereinafter referred to as," ES&H", as owner of the vessel Mrs. Patsy, who, assuming the role as Third Party Plaintiff, asserts this Third-Party Complaint against Third Party Defendants, Private Workforce Solutions, L.L.C. (PWS), JRon Services, LLC (JRon) their respective insurance carriers Scottsdale Insurance Company and Texas Insurance Company, and in support thereof, respectfully shows.

## ARTICLE I

ES&H is the Complainant in the captioned matter.

## ARTICLE II

ES&H, repeats, reiterates and reavers all allegations of its Original Complaint in Limitation as if fully incorporated herein. Rec. Doc. 1.

## ARTICLE III

ES&H is a Louisiana corporation with offices and principal place of business in Houma, Louisiana.

## ARTICLE IV

ES&H is authorized to do and is doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

## ARTICLE V

Third Party Defendant, Private Workforce Solutions, LLC (PWS) is a Louisiana Limited Liability Company organized under the laws of the State of Louisiana, where it is authorized to do and is doing business with the state.

## ARTICLE VI

Third Party Defendant Scottsdale Insurance Company (Scottsdale) is a surplus lines insurance company organized under the law of the State of Ohio and authorized to do and doing business in the state of Louisiana. Upon information and believe, at all times relevant, Scottsdale issued commercial general liability and excess liability insurance policies to Third Party Defendant Private Workforce Solutions, LLC (PWS).

## ARTICLE VII

Third Party Defendant, JRon Services, LLC (JRon) is a Louisiana Limited Liability Company organized under the laws of the State of Louisiana, where it is authorized to do and is doing business within the state.

## ARTICLE VIII

Third Party Defendant Texas Insurance Company (TIC), through its managing general agent Talisman Casualty Insurance Company (Talisman), is a surplus lines property and casualty insurance company organized under the laws of the state of Texas and authorized to do and doing

business in the state of Louisiana. Upon information and belief, at all times relevant, TIC issued commercial general liability and excess liability insurance policies to Third Party Defendant JRon Services, LLC (JRon).

## ARTICLE IX

This court has subject matter jurisdiction over ES&H's Third Party Complaint against the third party defendants pursuant to ancillary and/ or pendant jurisdiction, the General Maritime Law, the Limitation of Liability Act, 46 USC § 30529 *et seq* and all laws supplementary thereto and amendatory thereof, and supplemental Rule F of the Federal rules of Civil Procedure, including Rule 14(c).

## ARTICLE X

At all material times, Third Party Defendant, PWS, was working for ES&H pursuant to a Master Service Subcontractor Agreement (MSSA) dated January 4, 2018, which was in effect on March 14, 2025, the date of the subject allision. *Exhibit A*.

## ARTICLE XI

At all times, Claimant Raymond Savant was employed by PWS as captain of the M/V Mrs. Patsy which was performing services for ES&H pursuant to the MSSA of January 4, 2018, between ES&H and PWS. Rec. Doc. 1 art. 8 & 9.

## ARTICLE XII

At all times pertinent hereto, Claimants, Raymond Alvarez and Justin Campbell, passengers aboard the M/V Mrs. Patsy, were employed by JRon, which was working for Spectrum OpCo, LLC, pursuant to the MSA dated July 19, 2024. Rec. Doc 1; *Exhibit B*.

## ARTICLE XIII

Justin Campbell and Raymond Alvarez filed suits in Louisiana state court against ES&H and PWS seeking damages as a consequence of the allision between M/V Mrs. Patsy and a fixed object in the Mississippi River, which occurred March 14, 2025. *Exhibit C & D*. Raymond Savant, the captain of the M/V Mrs. Patsy, has retained counsel and has made written demand on ES&H. *Exhibit E*.

## ARTICLE XIV

In its order dated September 9, 2025, this Honorable Court required all claimants to file their respective claims on or before November 10, 2025

## ARTICLE XV

ES&H has denied liability to all potential claimants and purported claimants and has filed this Limitation of Liability action seeking exoneration from or limitation of liability for the damages sought by all claimants and purported claimants. Rec. Doc 1.

## ARTICLE XVI

The January 4, 2018, MSSA between ES&H and PWS contains "knock for knock" indemnity provisions in which both parties agreed to defend, indemnify and insure the other for claims brought by employees or members of the other's "group". PWS agreed to defend, indemnify and insure ES&H from any and all suits and claims arising out of the bodily injury of any employee or member of PWS "group", and PWS also agreed to procure and maintain certain insurances including, among others, comprehensive general liability insurance, naming ES&H as an additional insured. *Exhibit A*.

## ARTICLE XVII

Such defense, indemnity and insurance obligations specifically include claims and potential claims asserted by Captain Raymond Savant, an employee of PWS and member of "PWS group".

## ARTICLE XVIII

ES&H and PWS's January 4, 2018 MSSA insurance provisions cover all liabilities which might arise out of the performance of service under the agreement and specifically covers PWS's contractual liability and other obligations owed by PWS to ES&H, which policy is required to name ES&H as an additional insured and to waive to all rights of subrogation against ES&H. *Exhibit A*.

## ARTICLE XIX

As required by the MSSA between ES&H and PWS, PWS was to obtain general liability coverage in place at the time of the alleged accident herein, giving rise to the claims of Captain Raymond Savant. PWS' insurance broker is a certificate of insurance to ES&H. *Exhibit A*; *Exhibit F*.

## ARTICLE XX

Thus, PWS must fully protect, indemnify, defend and insure ES&H from claims of Captain Raymond Savant, including all attorney's fees and cost of defense incurred by or on behalf of ES&H, with interest, and litigation cost.

## ARTICLE XXI

As an additional insured under PWS's insurance policy, ES&H should be reimbursed for any judgement, settlement, court costs and interest, if any, resulting from any and all claims asserted by Captain Raymond Savant against ES&H.

## ARTICLE XXII

The MSSA between ES&H and PWS establishes that, as between ES&H and PWS, PWS' employees are under no circumstances to be considered the borrowed servants of ES&H. As such, any allegation by PWS claiming that ES&H should be vicariously liable to PWS for the actions of its employee is contractually barred and prosecution of such a claim amounts to PWS' breach of the MSSA.

## ARTICLE XXIII

In the July 19, 2024, MSA between Spectrum OpCo, LLC (Spectrum) and JRon Services, LLC (JRon), JRon agreed to defend, indemnify, and insure Spectrum "Group" from any and all claims of JRon "group", which include the claims of JRon's Employees, Justin Campbell and Raymond Alvarez. *Exhibit B*.

## ARTICLE XXIV

At all material times, ES&H was working for Spectrum Ops, LLC (Spectrum) pursuant to MSA dated July 22, 2024. *Exhibit G*.

## ARTICLE XXV

The MSA between Spectrum & ES&H identified ES&H as Spectrum's contractor and part of Spectrum's "group".

## ARTICLE XXVI

The JRon/Spectrum MSA dated July 19, 2024, required JRon, as Spectrum's contractor, to defend and indemnify "Spectrum Group," which includes Spectrum contractors, such as ES&H, from claims of JRon's personnel such as Justin Campbell and Raymond Alvarez. *Exhibit B.*

## ARTICLE XXVII

ES&H has made demand upon PWS and JRon for defense, indemnity and insurance protection, against the claims and purported claims of Raymond Savant and the claims of Justin Campbell and Raymond Alveraz, but these Third Parties have not responded to ES&H's demands. *Exhibits H and I.*

## ARTICLE XXVIII

In addition to contractual indemnity and insurance protection from PWS and defense and indemnity from JRon, ES&H is also entitled to tort indemnity and contribution from PWS for any fault or negligence on the part of PWS, including Captain Raymond Savant, for which ES&H may be liable, in whole or in part, which is denied.

## ARTICLE XXIX

ES&H reserves the right to supplement or amend this Third-Party Complaint to name additional parties or causes of action, as additional facts may become known through discovery.

WHEREFORE, ES&H prays that:

a. Judgement be rendered in favor of ES&H and against claimants (and purported) claimants dismissing their claims with prejudice and at their cost; alternatively, ES&H prays that its liability, if any, be limited to the value of its interest in the vessel;

b.  Judgement be entered herein in favor of ES&H and against Third Party Defendants, Private Workforce Solutions, LLC (PWS) and JRon Services, LLC (JRon) requiring these Third Party Defendants to reimburse ES&H for all cost and expenses, including attorney's fees for defending against any and all claims and requiring Third Party Defendants to provide complete and total indemnification, contribution and insurance coverage, in favor of ES&H from any and all damages, settlements or rewards that might be rendered in favor of claimants or purported claimants which are incurred or sustained by ES&H, for which ES&H has been adjudicated to be responsible, and requiring Third Party Defendants to pay all judicial interest on all claims; and

c.  For all general and equitable relief to which ES&H may be entitled.

Respectfully Submitted,

*/s/ Walter P. Maestri*
**WALTER P. MAESTRI (#25776)**
**BERT M. CASS, JR. (#03984)**
wmaestri@deutschkerrigan.com
bcass@deutschkerrigan.com
**DEUTSCH KERRIGAN**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-5141
Facsimile: (504)566-1201
Attorneys for Environmental, Safety & Health Consulting Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that, on the  10th  day of November 2025, I served a copy of the foregoing on all parties of record via this Court's ECF Electronic Filing, Electronic Mail, Certified Mail, Facsimile, Regular Mail and/or Hand Delivery.

*/s/ Walter P. Maestri*
Walter P. Maestri