# MASTER SUBCONTRACTOR SERVICE AGREEMENT

THIS CONTRACT is entered into in Houma, Louisiana, and effective this 4<u>th</u> day of January, 2018 , by and between **Environmental Safety & Health Consulting Services Inc.**, a Louisiana corporation, with its principal office located at 1730 Coteau Road, Houma, Louisiana 70364, and all of its Affiliates and Subsidiaries. including specifically, but not limited to, ES&H, Inc. d/b/a ES&H Consulting and Training Group, ES&H Industrial Group, LLC, ES&H of Lake Charles, LLC, ES&H of Dallas, LLC, ES&H of Houston, LLC, and Black Hawk Oilfield Services, LLC, together with any other entity owned or controlled, directly or indirectly, by Environmental Safety and Health Consulting Services, Inc., hereinafter collectively called "Company"; and  Private Workforce Solutions LLC_____
, with its principal office located at PO BOX 9336 New Iberia  Louisiana 70562_____,
referred to hereinafter as "Contractor". Company and Contractor may hereinafter be referred to collectively as "Parties" or individually as a "Party." In consideration of the covenants and provisions hereinafter provided, the Parties agree as follows:

## ARTICLE 1:  CONTRACT DOCUMENTS AND INTERPRETATION

1.1     Each Article in this Contract contains provisions that are sometimes referred to as a Section(s) of an Article(s). Unless the context otherwise requires, a general reference to any Article includes the entire Article and a reference to any specific Section(s) of an Article refers to the identified Section(s) and any of its subparts.

1.2     In the event of any conflict, inconsistency, or ambiguity between the Articles of this Contract and any other document, including without limitation any form of Work Order, the Articles of this Contract shall prevail.

1.3     Reference to any statute, statutory provision, or statutory instrument includes a reference to that statute, statutory provision, or statutory instrument as from time to time amended, extended, or re-enacted.

1.4     Reference to the singular includes a reference to the plural and vice versa, and reference to one gender includes a reference to the other gender.

1.5     Headings are used for convenience only and will not affect the construction or validity of this Contract.

1.6     The Parties agree that each has had the opportunity to review the terms and provisions of this Contract with counsel of their choosing and to request any desired changes or clarifications and that the terms of this Contract will not be interpreted against one Party or the other on the ground that such Party drafted or revised a particular provision. Instead, in the event of any ambiguity, this Contract will be interpreted in accordance with the intent of the Parties as evidenced by the Contract taken as a whole.

1.7     The Parties agree that as of the Effective Date, any pre-existing written master service agreement(s) or any similar contract between them that covers work or services that are of a nature that could be covered under this Contract is terminated, except with respect to work or services then in progress under such an agreement or contract.

Initials:  _____                                                                                    1

## ARTICLE 2: DEFINITIONS

In this Contract, the words and phrases shall have the meanings ascribed below or as defined separately in the individual Articles of this Contract.

2.1 "Agreement" or "Contract" shall mean this Master Service Agreement, including any and all Exhibits and Attachments, entered into between the Parties listed in the preamble above, as of the Effective Date listed in the preamble above. "Exhibits" and "Attachments" include the following:
Attachment A – Sub-Contractor Information Form
Attachment B – Sub-Contractor Safety Questionnaire
Attachment C – Accounts Payable Information
Attachment D – HSE Standards Acknowledgment Form
Exhibit A – Subcontractor Requirements
Exhibit B – Federal Contractor Requirements

2.2 "Claim/Loss" and "Claims/Losses" shall mean all claims and losses of all kinds and descriptions concerning bodily injury, personal injury, illness, death, and/or property damage, including claims and/or losses for the above, regardless of how such claims and/or losses may be characterized. Included in this definition, without limitation, are all allegations of damages of any kind and description; all liabilities, liens, privileges, and other encumbrances; all causes of action whatsoever (including actions in rem or in personam, at law or in equity), all obligations, judgments, interest, costs, expenses, and awards; whether created by law, contract, tort, arbitration, voluntary settlement (to the extent authorized by the Indemnitor), or otherwise; and shall, except as otherwise expressly provided, include claims based on contractual indemnity.

2.3 "Company" shall mean the Party or Parties designated in the preamble to this Contract.

2.4 "Company Group" shall mean the following Persons individually and collectively: Company (as defined in the preamble above) and all of its co-venturers, co-owners, co-lessees, co-working interest owners, joint venturers, partners, and affiliates, as well as the officers, directors, shareholders, managers, members, employees, insurers, underwriters, agents, customers, contractors, Subcontractors, representatives, assigns, and successors of all the foregoing. Company Group does not include any Person who is a member of Contractor Group.

2.5 "Contractor" shall refer to the Party or Parties designated in the preamble to this Contract.

2.6 "Contractor Group" shall mean the following Persons individually and collectively: Contractor and its affiliates, its subcontractors and their affiliates, and the officers, directors, shareholders, managers, members, employees, agents, customers, contractors, Subcontractors, representatives, assigns, and successors of all of the foregoing. Contractor Group does not include any Person who is a member of Company Group.

2.7 "Contractor's Property" shall mean all materials, machinery, tools, supplies, equipment, or other property, real or personal, that is owned, leased, rented, chartered, or operated by Contractor Group in connection with the performance of the Contract.

2.8 "Day or Days" shall mean calendar day or days.

2.9 "Defend" or "Defense" shall include the obligation to pay reasonable attorneys' fees, court costs,



expert fees, and other reasonable costs incurred by the Indemnitor or the Indemnitee as a result of defending against a Claim/Loss as required by this Contract, or, at the election and cost of the obligor, the obligation to select and engage competent attorneys and experts to defend against a Claim/Loss as required by this Contract

2.10 "Effective Date" shall refer to the date set forth in the preamble of this Contract.

2.11 "Indemnity", Indemnify", or Indemnification" shall be deemed to include and stand for the following phrase: "release, protect, Defend, indemnify, and hold harmless." For avoidance of doubt, if gross negligence, willful misconduct, and/or punitive or exemplary damages are alleged along with negligence or fault, the terms "Indemnity," "Indemnify," or "Indemnification" include the duty to release, protect, Defend, indemnify, and hold harmless the Indemnitee against such allegations.

2.12 "Indemnitor" shall refer to the Party against whom Indemnity is sought under this Contract.

2.13 "Indemnitee" shall refer to the Person seeking Indemnity under this Contract.

2.14 "Party" or "Parties" shall have the meaning set out in the preamble to this Contract.

2.15 "Person" or "Persons" shall include any natural person(s) as well as any legal entity including without limitation either Party or any member of Company Group or Contractor Group.

2.16 "Subcontractor" or "Subcontractors" shall include any subcontractor of any tier hired by Company or Contractor to perform any services or furnish any materials or equipment, provided such services or materials or equipment are part of the Work to be performed by Company or Contractor, respectively, under this Contract.

2.17 "Taxes" shall mean all applicable taxes, including all federal, state, and/or local ad valorem, income or net worth, property, occupation, payroll, employment, first use, gross receipts, privilege, sales, use, consumption, excise, and other governmental charges, duties, tariffs, levies, licenses, fees, permits, and assessments.

2.18 "Term" shall have the meaning set forth in Article 4.

2.19 "Third Party" or "Third Parties" shall mean any Persons not included in Company Group or Contractor Group.

2.20 "Work" shall mean the services furnished by Contractor and/or Contractor Group to Company, and/or the furnishing of equipment, supplies, products, labor, or materials to Company by Contractor and/or Contractor Group pursuant to this Contract, and shall include, without limitation, all access to and from the Work Site(s), and all loading and unloading of personnel and/or cargo.

2.21 "Work Order" shall mean any delivery ticket, work order, purchase order, invoice, statement of work, or other instrument used by Company to request specific Work to be performed by Contractor.

Initials:  _____

2.22 "Work Product(s)" shall refer to the sites, equipment, supplies, products, etc., that are the tangible manifestation or object of the Work.

2.23 "Work Site(s)" shall mean the property, production facilities, well site(s), or other location(s) where Company requests Contractor to perform Work and shall include, if applicable, without limitation, the facilities or location(s) of Contractor Group or the facilities or location(s) of Company Group.

## ARTICLE 3: SCOPE OF WORK

3.1 Company proposes from time to time to request from Contractor certain Work, as more specifically defined in each Work Order. It is agreed and understood that Company is not obligated to request Work hereunder, and that Contractor is not obligated to accept any Work requested by Company hereunder; however, Company and Contractor agree that the general provisions in this Agreement shall at all times apply to and control all Work that may be conducted or carried out by Contractor for Company. Every such Work Order shall be deemed to have been incorporated into this Agreement and shall be controlled and governed by this Agreement.

## ARTICLE 4: TERM

4.1 Subject to Article 17 and Article 18, the term of this Agreement commenced on the Effective Date and shall continue until terminated by either Party, upon the giving of at least thirty (30) Days prior written notice by the terminating Party to the non-terminating Party; provided, however, that such notice given by either Party hereto shall not be effective as to any Work already agreed to, and shall not be effective to such Work until Contractor has completed all such Work indicated in the relevant Work Order.

## ARTICLE 5: PERFORMANCE

5.1 Contractor shall perform the Work in a diligent, skillful, safe, and workmanlike manner, and in accordance with good industry standards to prompt completion, subject to all of the terms and conditions of this Contract. Contractor shall use its best efforts to achieve the specified results on or before the date specified in each accepted Work Order; provided, however, that if Company requests changes to the Work that affect the completion schedule, the Parties shall mutually agree, in writing, upon an amended completion date to reflect such changes in the Work.

## ARTICLE 6: WARRANTY OF WORK AND EQUIPMENT

6.1 Contractor warrants that: (i) it is experienced and fully qualified to perform the Work; (ii) all Work will be performed safely and in a good and workmanlike manner and in full compliance with all applicable federal, state, and local laws, regulations, and standards; (iii) it has adequate equipment in good working order and fully trained personnel capable of efficiently and safely operating such equipment and performing the Work; (iv) it regularly conducts thorough training and implements safety programs applicable to the type of work performed; (v) all materials, equipment, goods, supplies, or manufactured articles furnished by Contractor in the performance of the Work will be free from any defects and will be suitable for their intended purpose; (vi) the Work Product will be free from defects and will perform in accordance with the requirements of the applicable Work Order, as well as this Contract; and (vii) Contractor,

Initials: _____ 4

in conducting the Work, shall not employ any person whose employment would violate applicable labor laws.

6.2 Contractor further warrants that all Work performed by it hereunder will be performed in accordance with the most stringent environmental and safety regulations and by employing all necessary precautions and procedures and protective equipment and devices. Any breach of the obligations set forth in this Article shall constitute a default by Contractor of its obligations hereunder and will entitle Company to terminate the applicable Work Order or this Contract pursuant to the provisions of Article 17. Without limiting Company's remedies, Contractor agrees that any portion of the Work found to be defective or unsuitable for its intended use shall be corrected, or removed and replaced, without additional cost or risk to Company; or, at Company's option, Company may correct or repair and replace same and charge Contractor for the costs thereof.

6.3 Contractor agrees to Indemnify Company Group from any Claims/Losses connected with, arising out of, or in any way related to any breach of the warranties provided for in this Article.

## ARTICLE 7: INDEPENDENT CONTRACTOR AND LOUISIANA STATUTORY EMPLOYER

7.1 In the performance of the Work, Contractor is an independent contractor, shall control the performance of the details of the Work, and shall be responsible for the results as well as responsible for ensuring that the performance of the Work is conducted in a manner consistent with appropriate safety, health, and environmental considerations, including, but not limited to, Company's policies thereon. The Work as specified in any Work Order may be supplemented by instructions from Company's representative(s), and Company reserves the rights of observation and inspection to secure satisfactory completion of Work.

7.2 The presence of and the observation and inspection by Company's representative(s) at the Work Site will not relieve Contractor from Contractor's obligations and responsibilities under this Contract. Neither Contractor, nor Contractor's employees, agents, representatives, or Subcontractors, shall have authority to commit Company or any member of Company Group to any binding legal obligation, nor shall any of them be deemed for any purpose to be agents, servants, or representatives of any member of Company Group in the performance of the Work. Company shall have no direction or control over the members of Contractor Group in the performance of the Work and is interested only in the results obtained. Nothing contained in this Contract will be construed to be inconsistent with such independent contractor relationship.

7.3 In all cases where "Contractor's Employees" (which for purposes of this Section 7.3, and only as between Contractor and Company Group, are defined to include Contractor's and its Subcontractors' direct, borrowed, special, or statutory employees) are performing work in or offshore of the State of Louisiana, or are otherwise covered by the Louisiana Workers' Compensation Act, Louisiana Revised Statutes § 23:1021 *et seq.*, Company and Contractor agree that the Work performed by Contractor and Contractor's Employees pursuant to this Contract is an integral part of and are essential to the ability of Company to generate Company's goods, products, and services for the purpose of Louisiana Revised Statutes § 23:1061(A)(1). Furthermore, Company and Contractor agree that Company is the statutory employer of Contractor's Employees for purposes of Louisiana Revised Statutes § 23:1061(A)(3) and that Company shall be entitled to the protections afforded a statutory employer under Louisiana

Initials:  _____

law.

7.4 Irrespective of Company's status as the actual or alleged statutory or special employer (as defined in Louisiana Revised Statutes § 23:1031(C)) of any of Contractor's Employees, Contractor, as between Contractor and Company Group, shall remain primarily responsible for the payment of all workers' compensation and medical benefits to Contractor's Employees (including Longshore benefits or any seaman's remedies, if applicable), and shall not be entitled to seek contribution for any such payments from Company or any other member of Company Group, and Contractor further agrees that it will Indemnify Company Group from and against any such payments and that Contractor will Indemnify Company Group from and against any and all Claims/Losses relating to or asserted by Contractor's Employees even if any such Contractor's Employee is also held to be an employee (whether a statutory, special or borrowed employee, or otherwise) of Company or any other member of Company Group, and regardless of any negligence or fault of Company Group, whether such negligence or fault is sole, concurrent, joint, comparative, active, or passive, based on strict or absolute liability, or otherwise.

## ARTICLE 8: CONTRACTOR'S OBLIGATIONS AND ACCESS TO WORK SITE

8.1 In the performance of the Work hereunder, Contractor shall furnish at its own expense, cost, and discretion any and all necessary labor, personal protective equipment, machinery, equipment, tools, transportation, and whatever else is necessary in the performance and completion of the Work, except for such items as Company specifically agrees, in writing, to furnish.

8.2 All employees, agents, servants and representatives of Contractor or its subcontractors of any tier, while present at any Company-designated location, must be properly equipped at all times with personal protective equipment ("PPE"). All Contractor PPE must meet or exceed the more stringent of the requirements specified by Company or the owner/operator of the relevant facility or equipment. In all cases, PPE shall include, at a minimum, the following items: Steel toe safety boots, safety glasses, hearing protection and hard hats. If Contractor is unsure of the PPE requirements, Contractor's representative shall request clarification from Company prior to mobilization of personnel and invitees to the relevant location. In the event personnel are found at a Company-designated location without required PPE, Company shall have the right, but not the obligation, to deny entry to such personnel, with all associated costs for Contractor's account. In addition, and regardless of whether Company allows entry and/or subsequently provides required PPE to the personnel, Company specifically reserves the right to assess against Contractor a charge of One Hundred Dollars ($100) per person, per occurrence. Charges under this clause may be withheld from sums due or becoming due to Contractor or may be invoiced for payment by Contractor. The charge shall not limit or affect any other rights or remedies of Company, or duties of Contractor, under this Agreement or at law.



8.3    At no additional cost to Company, Contractor shall replace any of its personnel whose presence is regarded by Company as detrimental to Company's operations at the Work Site.

8.4    If, in order to gain access to or return from the Work Site to be serviced, it is necessary to repair roadbeds, or to provide tractors, vessels, or other special means of transportation for the trucks, equipment, or personnel of Contractor, such shall be arranged and paid for by Contractor.

8.5    Contractor shall follow and adhere to the terms and conditions listed in Exhibit A, i.e. Subcontractor Requirements. The requirements listed therein are mandatory for all of Company's subcontractors, including but not limited to Contractor. Should Contractor fail to follow the listed requirements in Exhibit A, Contractor shall indemnify and hold Company harmless from any and all claims, demands, losses, judgments, damages, costs, expenses, or liabilities of any kind whatsoever, occasioned by Contractor's acts or omissions in violation of the requirements in Exhibit A.

8.6    As stated in Exhibit A, on projects where lodging and subsistence is required, it shall be the responsibility of Contractor to provide all Contractor employees with adequate lodging accommodations. Contractor shall also be required to issue per diem to eligible employees on such projects. Whenever per diem is required for a particular project, Contractor shall have all eligible Contractor employees sign and submit to the Company the provided Per Diem Log on a daily basis. Company is not obligated to compensate Contractor for any Contractor employee who fails to sign the Per Diem Log. Per Diem Logs are required to justify employee receipt of per diem and costs of lodging accommodations. Contractor has the responsibility to notify their employees that per diem cash is issued for off-duty meals and personal incidentals. Company shall have no responsibilities whatsoever in the logistical coordination of Contractor employees' lodging or per diem on projects that require such. Further, Company shall not be responsible for any property damage caused by or arising out of Contractor or Contractor employees' use of any lodging facilities.

## ARTICLE 9: COMPENSATION

9.1    Unless expressly modified in writing, agreed to by both Parties hereto, Contractor shall be paid on a time, equipment, and materials basis according to the fee schedule set forth in the relevant Work Order.

9.2    Payment Terms. Company shall pay Contractor the amount due within forty-five (45) days of Company's receipt of an acceptable, undisputed invoice submitted by Contractor, provided that there are no undischarged or unsecured liens, attachments or Claims in connection with the Work.

9.3    All fees will be paid in U.S. Dollars and delivered to Contractor's place of business as specified in the preamble to this Agreement, unless otherwise specified either herein or in the applicable Work Order.

9.4    Any Taxes attributable to services rendered, goods delivered, equipment rented, and/or payments made pursuant to this Agreement shall be Contractor's responsibility.

Initials: _____ _____

## ARTICLE 10: THIRD PARTY INVOICES

10.1 Invoices and delivery tickets for any labor, equipment, materials, or supplies furnished by Third Party vendors in connection with Work subject to this Agreement, and for which Company is obligated under applicable Work Orders to reimburse Contractor, shall be delivered to Company as received by Contractor, and shall not include any markup payable to or to the benefit of Contractor. The quantity, description, and condition of the equipment, materials and supplies furnished by such Third Party vendors shall be verified and confirmed by Contractor, and the accuracy and validity of all such invoices and delivery tickets shall be certified to the Company by Contractor in writing.

## ARTICLE 11: TAXES, LIENS, AND FEES

11.1 Contractor agrees to pay all Taxes, liens, and fees levied or assessed by any governmental agency on Contractor, its Subcontractors, or other Third Parties engaged by Contractor to provide Work, as well as any unemployment compensation insurance, old age benefits, Social Security, or any other Taxes assessed upon the wages of Contractor, its agents, employees, and/or representatives in connection with the Work.

11.2 Contractor agrees to obtain agreements to the same effect as Section 11.1 above from its Subcontractors and from any other Third Parties engaged by Contractor to provide any Work performed under this Agreement.

11.3 Contractor agrees to Indemnify Company Group from any and all Claims/Losses resulting from the failure of Contractor to comply with the obligations of this Article.

11.4 Prior to or upon the completion of any Work done pursuant to any particular Work Order, Company shall have the right to request, and Contractor shall furnish, proof satisfactory to Company that any such payments, Taxes, liens, fees, or impositions of any kind are satisfied or discharged. Otherwise, Company shall have the right to withhold payment up to the amount of any such payments, Taxes, liens, fees, or impositions until such have been paid. In addition, if any such obligations have not been satisfied in a timely manner, Company may pay or satisfy such amounts, in whole or in part, and deduct any such amount from amounts due Contractor.

## ARTICLE 12: CONFIDENTIALITY

12.1 The terms and obligations set forth in this Article shall survive any termination or expiration of this Agreement for as long as Contractor retains documentation of confidential information. In performing its obligations hereunder, Contractor may have access to and receive certain confidential information about Company or the Work Site, including without limitation environmental conditions, results, data, analyses, work plans, reports, developments, photographs, and/or such other information and materials that Company considers confidential and/or proprietary, which shall hereinafter be referred to as "Confidential Information".

12.2 Contractor shall take all steps necessary to maintain the confidentiality of the Confidential Information in its possession. For purposes of this Agreement, the following shall *not* constitute Confidential Information: (i) information that is or becomes publicly known without violation of similar confidentiality obligations by the disclosing Person; (ii) information that is already

Initials:  _____

8

known to Contractor without confidentiality obligations or restrictions at the time of its disclosure; (iii) information that, after its disclosure, is made known to Contractor without restrictions by a Third Party having the right to do so; or (iv) information, supported by documentary evidence, that is independently developed by Contractor without reference to any item of Confidential Information.

12.3    If Contractor receives a subpoena or other validly issued administrative or judicial notice requesting the disclosure of the Confidential Information, Contractor shall notify Company within three (3) Days of receipt of same.

12.4    Contractor shall be entitled to comply with a binding subpoena or other process to the extent required by law; but, in doing so, shall make every effort to secure the confidential treatment of any materials Contractor is compelled to disclose; provided, however, that before disclosing any information or document, Contractor shall afford Company the opportunity to file a motion to quash the subpoena or other process prior to the time that any information or document is disclosed to any Person.

## ARTICLE 13: NOTICES

13.1    All notices to be given with respect to both this Agreement and any Work Order issued by the Company and accepted by the Contractor shall be deemed to be properly given if in writing, and after being delivered personally or when sent by registered or certified mail, addressed to the Company and to the Contractor, respectively, at the addresses identified in the preamble of this Agreement.

13.2    Either Party may specify a different address merely by dispatching written notice to the other Party, as required in Section 13.1, above.

## ARTICLE 14: INDEMNITY

14.1    Contractor warrants that it shall take all necessary precautions to prevent the occurrence of any injury to persons or to property during the progress of the Work and shall ensure that its personnel do not pose a threat to the Work Site, the environment, or the integrity of Company's business operations.

14.2    Subject to Section 14.3, below, Contractor shall fully release, defend, hold harmless, and Indemnify Company Group against any and all suits, actions, or proceedings, at law or in equity, and from any and all claims, demands, losses, judgments, damages, costs, expenses, or liabilities arising out of bodily injury or death of any employee of Contractor or its Subcontractors, or property damage of Contractor or its Subcontractors, which arise directly or indirectly out of, or are in any way related to the Work, without limit, and **without regard to the cause or causes thereof, including without limitation the gross, sole, joint, partial, or concurrent negligence or fault of Company Group, the strict or absolute liability of Company Group, and whether groundless or not.**

Initials:  _____                                                                 9

14.25 Subject to 14.3 below, Company shall fully release defend, hold harmless, and indemnify Contractor against any and all suits, actions, or proceedings, at law or in equity, and from any and all claims, demands, lawsuits, judgments, damages, costs, expenses, or liabilities arising out of bodily injury or death of any employee of Company, or property damage of Company, which arise directly or indirectly out of, or are in any way related to the Work, without limit, and **without regard to the cause or causes thereof, including without limitation the gross, sole, joint, partial, or concurrent negligence or fault of Contractor, the strict or absolute liability of Contractor, and whether groundless or not.**

14.3 The Parties agree that, in the event the law governing this Agreement limits in any way the extent to which Indemnification may be provided to either party, this Agreement shall automatically be amended to provide for Indemnification to the other party to the maximum extent permitted by the applicable law.

14.4 In addition to all other indemnifying provisions contained herein, Contractor agrees that it will require all of its Subcontractors and all other Third Parties engaged by Contractor to provide labor, goods, services, and/or equipment furnished in connection with transactions subject to this Agreement to provide indemnity agreements affording Company and Company Group the same protections as provided by this Contract.

14.5 Notwithstanding all other provisions in Section 14, Contractor shall fully release, defend, hold harmless, and indemnify Company Group against any and all suits, actions, or proceedings, at law or in equity, and from any and all claims, demands, losses, judgments, damages, costs, expenses, penalties or liabilities of any kind whatsoever, which arise directly or indirectly out of, or are in any way related to the Work and Contractor's failure to offer affordable minimum value Health Insurance Coverage to Contractor Group's employees, as required by the Patient Protection and Affordable Care Act.

## ARTICLE 15: INSURANCE

15.1 Contractor agrees that it will procure and maintain, at all times during the term of this Agreement and in connection with any and all Work Orders issued by the Company and accepted by the Contractor, policies of insurance of the types and providing for the minimum policy limits set forth in this Article. Contractor further agrees that it will require any Subcontractors or other Third Parties engaged by it to provide Work for Company to likewise procure and maintain at all times during the term of this Agreement and in connection with any and all Work Orders issued by the Company and accepted by the Contractor, policies of insurance of the types and providing for the minimum policy limits set forth in this Article.

15.2 The types of insurance and the minimum policy limits required both of the Contractor and of any Subcontractors or other Third Parties engaged by the Contractor to provide Work, are as follows:

a. Workers' compensation insurance providing for the payment of all benefits contemplated under any and all state and federal worker's compensation laws and regulations applicable to Work agreed to pursuant to this Contract, including specifically, but not limited to, the Jones Act, the Outer Continental Shelf Lands Act, and/or the Longshore and Harbor Workers' Compensation Act, where applicable, and



with any and all such policies to contain alternate employer endorsements naming the Company Group as an alternate employer. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

b.      Employer's liability insurance, with minimum limits of $1,000,000.00 per occurrence and covering injury or death to any employee whose employment is beyond the scope of the worker's compensation statute of the state or other jurisdiction in which Work agreed to pursuant to this Contract is performed, all such policies to contain alternate employer endorsements naming Company Group as an alternate employer. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

c.      Maritime employer's liability insurance, with minimum limits of $1,000,000.00 per occurrence and covering injury or death to the masters and members of the crews of vessels who are not restricted to statutory compensation acts and who may sue their employers for injuries sustained in the course of employment, all such policies to contain alternate employer endorsements naming Company Group as an alternate employer. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

d.      Comprehensive general liability insurance, with the "watercraft exclusion" deleted and with minimum limits of $1,000,000.00 for injury to or death of any one person and/or for any one occurrence, and with minimum limits of $1,000,000.00 for property damage in any one occurrence. Such insurance shall additionally provide coverage for the contractual liabilities and indemnities assumed in this Contract by Contractor, again with minimum policy limits of $1,000,000.00. Sudden and accidental pollution coverage shall be included in all such policies. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

e.      Automobile liability insurance covering owned, non-owned, and hired automotive equipment with minimum limits of $1,000,000.00 for injury to or death of any one person, $1,000,000.00 for any one accident, and $1,000,000.00 for property damage in any one occurrence. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

f.      Protection and indemnity insurance on all vessels and floating equipment owned, chartered, operated, managed, or otherwise used, possessed, or controlled by Contractor Group in connection with Work subject to this Agreement. Such Protection and Indemnity insurance shall be on Form SP-23 or equivalent and shall have policy limits in an amount equal to the total value of the vessel(s) and floating equipment used by Contractor to perform Work, and shall under no circumstances provide for policy limits less than $1,000,000.00. Any "As Owner" or "Other Than Owner" language in such policy or policies shall be deleted. Crew coverage shall be included in all such policies, and a contractual liability endorsement shall be attached to all such policies. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

Initials:  _____                                                                                    11

g. Hull and machinery insurance on all vessels and floating equipment owned, chartered, operated, managed, or otherwise used, possessed, or controlled by Contractor in connection with Work subject to this Agreement. Such insurance shall have policy limits in an amount equal to the total value of any and all vessel(s) and floating equipment used by Contractor Group to undertake any Work. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

h. Product liability insurance with minimum limits of $1,000,000.00 for each occurrence. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

i. Pollution/Professional liability insurance coverage, with minimum limits of liability of $1,000,000 per occurrence. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

j. Umbrella liability insurance having with minimum policy limits of $5,000,000.00 in excess of the coverage required under subparagraphs (b), (c), (d), (e), (f), (g), (h), and (i) of Section 15.2 of this Article. All such insurance shall name Company Group as additional insureds, and shall waive all rights of subrogation against Company Group.

15.3 All of the insurance policies described in this Article shall be issued by an insurance company or companies acceptable to Company, and all shall be maintained in full force and effect at all times during the term of this Agreement and in connection with any and all Work Orders issued by the Company and accepted by the Contractor. Further, all such insurance policies shall expressly provide that said policies may not be canceled, altered, or amended without thirty (30) Days prior written notice to Company. All policies of insurance required by this Agreement shall, during the term of this Agreement, be endorsed in the following manner or in a manner substantially similar to the following, but with the full, formal names of Company Group and Contractor Group inscribed in each of the policies required in Section 15.2 of this Article:

a. The insurer hereby waives any and all rights of subrogation, whether created by law, equity, or contract, against Company Group.

b. All members of Company Group are hereby named as additional insureds during such times as Contractor is engaged in Work pursuant to this Contract and in connection with, arising out of, or in any way related, directly or indirectly, to any Work and/or all Work Orders issued by the Company and accepted by the Contractor, but with Company Group to have no obligation to pay premiums, deductibles, or to have any liability for expenditures under any "sue and labor" claims. For hull and machinery insurance required under Section 15.2(g), the naming of Company Group as an additional insured shall be as its interests appear.

c. The insurance specified above shall be primary insurance to any insurance purchased by any member of Company Group, and no "other insurance" provision shall be applicable to Company Group or its underwriters or insurers by virtue of Company



Initials: _____

12

Group having been named as additional insureds under Contractor's policies.

15.4 Company does not represent that the coverages and limits required in this Article will be adequate to protect Contractor. Such coverage and limits shall not be deemed as a limitation on Contractor's liability under the other provisions of this Contract.

15.5 The deductible for each policy referenced in this Article shall not exceed $5,000.00 and shall be for Contractor's sole account. All policies shall be endorsed and/or written to afford Company Group no less coverage than that provided to the named insured.

15.6 The insurance obligations required under this Article are independent from all other obligations of Contractor under this Contract and apply whether or not required by any other provision of this Contract and shall not in any way limit Contractor's indemnity obligations except to the extent mandated by applicable law.

15.7 Contractor agrees both to furnish Company with a Certificate of Insurance within ten (10) Days of the Effective Date, evidencing compliance with the above requirements; and, upon request, to furnish Company with certified copies of all such policies. Contractor will be liable for all deductible amounts for all policies required by this Article.

15.8 The obligation of Contractor to maintain each and every one of these insurance policies required by this Article shall be valid and enforceable, and fully insure, protect, and cover Company Group, regardless of the enforceability of any of the indemnity obligations, warranties, or other provisions of this Agreement.

15.9 In the event that Contractor, its Subcontractors, or any other Third Parties engaged by Contractor to provide Work pursuant to this Agreement should fail to comply with any the requirements set forth in this Article, Contractor further agrees that Contractor shall be liable to Company as if Contractor were the Company's insurer under all of the various types of insurance policies enumerated in this Article and to the extent of the policy limits set forth in this Article.

## ARTICLE 16: ASSIGNMENT OR SUBCONTRACT

16.1 The provisions of this Contract shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns. Notwithstanding the foregoing, this Agreement and the rights and/or obligations of Contractor hereunder may not be assigned, sublet, or subcontracted without the written permission of Company.

16.2 Company may assign its rights and obligations under this Contract to any Person, including without limitation any member of Company Group without Contractor's consent. This Contract will inure to the benefit of and be binding upon the successors and permitted assigns of the Parties.

16.3 Consent by Company to the assignment of this Contract, to the use of a specific Subcontractor, or to the subletting or subcontracting of any Work to be performed hereunder, will not relieve Contractor of its obligations hereunder, including responsibility for performance of the part of the Work that is assigned, sublet, or subcontracted.

Initials:  _____                                           13

16.4 Contractor shall be responsible for all equipment and materials of, and all actions and inactions of, its subcontractors as if they were the employees of Contractor. In the event Contractor does subcontract any portion of the Work, each such subcontract will provide Company and Company Group with all the protections contained in this Agreement, including without limitation all indemnity, insurance, warranty, and confidentiality obligations, or protections substantially equivalent to those set forth in this Contract.

16.5 No subcontract entered into by Contractor will create a contractual relationship between Company and Contractor's Subcontractor, and under no circumstances will Contractor's Subcontractor, or its agents, servants, or employees, be considered employees of Company; provided, however, that such Persons may be considered Statutory Employees of Company and/or Company Group, as set out in Section 7.3 of this Agreement.

## ARTICLE 17: DEFAULT AND INSOLVENCY

17.1 If Contractor has failed to perform the Work expeditiously, and in a diligent, skillful, safe, and workmanlike manner, in accordance with good industry standards, or has otherwise failed to comply with its obligations under this Contract (for whatever reason), Company may, at its sole option, either: (i) give Contractor written notice specifying the failure or default and the period of time within which Contractor shall be required to correct such failure or default in a manner satisfactory to Company, or (ii) by written notice to Contractor, immediately terminate this Contract or any applicable Work Order. If Contractor has been given a period of time to correct such failure or default and does not remedy the matters complained of within the time required, Company may immediately terminate this Contract or any applicable Work Release. In addition, Company shall have all other rights or remedies available to it by law, including, but not limited to, the right to demand specific performance and/or seek damages for breach, and shall have the right to recover attorneys' fees and costs in any litigation related to Contractor's breach of this Agreement.

17.2 If Contractor: (i) becomes insolvent; (ii) makes an assignment for the benefit of creditors; (iii) is adjudicated a bankrupt; (iv) admits in writing its inability to pay its debts generally as the same become due; (v) institutes any proceedings under any State or Federal law for relief of debtors or for the appointment of a receiver, trustee, or liquidator; (vi) files a voluntary petition in bankruptcy or for a reorganization or for an adjudication as an insolvent or a bankrupt; (vii) fails to remove any attachment levied on Contractor's Property within five (5) Days therefrom; (viii) is unable to comply with its obligations under Article 21; or (ix) fails to adhere to or comply with the requirements in Exhibit A, Subcontractor Requirements, then upon the occurrence of any such event, Company shall thereupon have the right to terminate this Contract and/or any Work Order, and to terminate immediately all Work then being performed by Contractor under this Contract.

17.3 If Company terminates this Contract or any applicable Work Order pursuant to the provisions of this Article, Company shall have the right to take possession and control of all Work Product and proceed to carry out the Work herein provided to be performed by Contractor. Additionally, Company shall have the right to charge against and collect from Contractor all expenses incurred by Company to perform such Work or to hire another Person to perform such Work, together with any damages suffered by Company as a result of Contractor's failure

to perform.

17.4    Nothing in this Article will affect the indemnity or insurance obligations contained elsewhere in this Contract.

## ARTICLE 18: TERMINATION

18.1    Company may terminate, with or without cause, the Contract or any applicable Work Order at any time by giving five (5) Days written notice to Contractor; however, except as provided in Article 17, no termination shall be effective until any and all Work in progress under any applicable Work Order is either satisfactorily completed or terminated by Company, at its option.

18.2    If Company should terminate the Contract or any applicable Work Order under this Article, then the compensation due Contractor, in the absence of any breach or default, and subject to the other provisions of this Contract, shall be:

   a.    The compensation owed Contractor under the applicable Work Order performed prior to the date of termination, less any monies previously paid to Contractor; or

   b.    In the event of a Work Order that specified payment by lump sum, the percentage of the compensation specified in the applicable Work Order that is proportionate to the Work performed prior to the date of termination, less any monies previously paid to Contractor.

18.3    The provisions of Section 18.2 covering payment to Contractor will in no way apply to termination of the Contract or any applicable Work Order pursuant to the provisions of Article 17 governing default.

## ARTICLE 19: USE OF EQUIPMENT, MACHINERY, TOOLS, AND PROCESSES

19.1    In the event that Contractor Group, in performing any Work pursuant to this Agreement, uses any equipment, machinery, tools, or other items belonging to or furnished by Company, Contractor shall either itself examine the same or shall cause the same to be examined by a Third Party prior to such use. Contractor shall immediately notify Company of any defects found in such equipment, machinery, tools, or other items furnished by or on behalf of Company, such that might render said equipment, machinery, tools, or other items unsuitable or unsafe for use in the Work. Should Contractor fail to make such an examination or fail to report a defect in such item or items, Contractor shall be deemed to have assumed all risk and liability for any mishap which may occur in operations conducted hereunder by any reason of failure or defects in such equipment, machinery, tools, or other items.

*19.2*    In the event that Contractor Group, in performing any Work pursuant to this Agreement, uses Contractor's Property, Company shall not be liable for damage to or destruction of Contractor's Property, even though such damage may be caused, in whole or in part, either by the negligence or fault of any member of Company Group, by the unseaworthiness of any vessel owned, operated, or controlled by any member of Company Group, or otherwise.

Initials:  _____                                                          15

19.3 In addition to all the other indemnifying provisions contained in this Agreement, Contractor represents and warrants that the use or construction of any and all processes, tools, and/or equipment furnished and/or used by Contractor Group in the Work performed under this Contract does not infringe on any license or patent that has been issued or applied for, and Contractor agrees to Indemnify, defend, and hold harmless Company Group from and against any and all Claims/Losses, including attorneys' fees, to which any member of Company Group may be exposed as a result of Claims/Losses and/or causes of action of every kind and character made against the Company Group by any patentee, licensee, or claimant of any right to such process, tool, or equipment (or to the use or construction thereof), and resulting from or arising out of, directly or indirectly, the use of any process, tool, or equipment furnished by any member of Contractor Group in connection with the Work.

## ARTICLE 20: ACCIDENT REPORTS

20.1 Contractor shall report to Company, as soon as practicable, all accidents or occurrences resulting in bodily injury, death, or damage to property, and which arise out of, result from, or may be in any way connected with, directly or indirectly, any Work performed pursuant to this Agreement and undertaken by Contractor Group or other Third Parties engaged by Contractor to provide any portion of performance of the Work. Contractor, when requested to do so, shall furnish Company with complete copies of any written reports and proofs of claim made by any member of Contractor Group, whether for internal use, an insurer of any member of Contractor Group, or for any other Person with regard to such accidents and occurrences, together with any and all witness statements, video and/or audio recordings, or other materials containing any information whatsoever regarding such accidents or occurrences.

## ARTICLE 21: CONFLICTS OF INTEREST

21.1 Contractor warrants that neither it nor any other member of Contractor Group has: (i) given any commissions, payments, gifts of substantial value, kickbacks, lavish or extensive entertainment, or other things of value to any officer, director, manager, member, employee, agent, or representative of Company, or any family member thereof, nor received same from any vendor, supplier, or contractor in connection with this Contract; or (ii) paid any fee, commission, rebate, or anything of value to or for the benefit of any governmental official having jurisdiction over the Work Site. Contractor acknowledges that the giving or receiving of any such payments, gifts, kickbacks, extensive entertainment, or anything of value is strictly in violation of Company's policies and may result in the cancellation of this Contract and all Work Orders. Contractor shall notify Company of any such solicitation as aforesaid.

## ARTICLE 22: SURVIVAL, SEVERABILITY, AND WAIVER

22.1 Termination of the Contract and/or Company's acceptance of the Work Product or any parts thereof will not release the Parties from obligations that expressly or by their nature survive or extend beyond the Contract, termination thereof, or any acceptance of the Work Product. Those obligations include without limitation all Indemnity, warranty, confidential-ity, insurance, and risk allocation provisions contained in this Contract. This Article applies irrespective of whether this Contract terminates by Company or Contractor under Article 4, or is terminated by Company with or without cause under Article 17 or Article 18.

22.2 If any provision, or portions or applications thereof, of this Contract are held to be



unenforceable, invalid, or void by any court of competent jurisdiction, this Contract will be deemed to be amended and/or reformed to modify such provision or portion thereof, partially or completely, to the extent necessary to make it enforceable. If possible, this Contract will be reformed so as to make the provision or portion enforceable; but, if the provision or portion cannot be reformed, then the Contract shall be deemed amended to delete the unenforceable, invalid, or void provision or portion thereof, in which event the validity and enforceability of the remaining provisions, or portions or application thereof, will be unaffected.

22.3   None of the requirements of this Contract will be considered as waived by either Party unless the same is done in writing; provided, however, that a single instance of waiver complying with this Section shall not be a waiver of any other enforcement of that requirement, unless the writing so indicates. Further, failure by either Party to enforce any rights will not waive those or any other rights hereunder.

### ARTICLE 23: THIRD PARTY BENEFICIARIES

23.1 Except as specifically provided in Article 14 and Article 15, nothing in this Contract will be construed to confer any rights or benefits in the Contract to anyone other than Company Group and Contractor Group, and all duties and responsibilities undertaken pursuant to this Contract will be for the sole and exclusive benefit of Company Group and Contractor Group and not for the benefit of any Third Party.

### ARTICLE 24: NONDISCRIMINATION

24.1   Contractor agrees that it will not discriminate against any employee or applicant for employment because of race, color, creed, sex, gender, sexual orientation, sexual identity, or nation of origin.

24.2   Except to the extent that this Agreement may be exempt therefrom, Contractor further agrees that it will comply with any and all State and Federal Equal Employment Opportunity Laws applicable to work subject to this Agreement, as well as with any and all rules and regulations promulgated pursuant thereto and any and all administrative orders likewise thereunto appertaining, and including specifically, but not limited to: (a) Executive Order No. 11246, as amended or superseded, which pertains to equal employment opportunity for all persons employed or seeking employment with federal contractors or with contractors performing under federally assisted construction contracts; (b) Executive Order 11701, as amended or superseded, pertaining to the employment of veterans; (c) Executive Order 11758, as amended or superseded, pertaining to the employment of the handicapped; (d) Executive Order 111411, as amended or superseded, pertaining to age discrimination in employment; and Executive Order 11625 and Public Law 95-507, as amended or superseded, pertaining to the employment of veterans the utilization of disadvantaged and business enterprises.

24.3   Contractor expressly agrees to indemnify, defend, and hold Company Group harmless from and against any claims, costs, or expenses, including, but not limited to, attorneys' fees, arising out of or in any way connected to any employment harassment claims, employment discrimination claims, and/or any other employment-related claims, which involve, directly or indirectly, Contractor Group's performance of the Work.

Initials:  _____

17

24.4     In addition to all other indemnifying provisions contained herein, Contractor agrees that it will require every other member of Contractor Group and all other Third Parties engaged by Contractor to Work pursuant to this Agreement, to provide Indemnity agreements affording Company Group the same protections as provided in this Article.

## ARTICLE 25: ENTIRE CONTRACT, AMENDMENT

25.1     This Contract constitutes the full understanding of the Parties, and is a complete and an exclusive statement of the terms of their agreement, and will exclusively control and govern all Work performed for Company. All representations, offers, and undertakings of the Parties made prior to the Effective Date, whether oral or in writing, which are not contained in this Contract, are revoked, superseded, and/or terminated.

25.2     No other contract or agreement, whether executed prior or subsequent to the execution of this Contract, will in any way modify, amend, alter, or change any of the terms or conditions set out herein unless such contract or agreement: (i) is executed by persons of equal position and authority within their respective companies as those executing this Contract, and (ii) clearly expresses the specific intention of the Parties to amend this Contract by making specific reference to this Contract.

## ARTICLE 26: APPLICABLE LAW AND RELATED MATTERS

26.1     This Agreement shall be construed in accordance with, and governed by the general maritime laws of the United States, and, if such laws are not applicable, then by the laws of the State of Louisiana, regardless of any conflicts of laws principles that might otherwise require application of the substantive laws of another jurisdiction.

26.2     For purposes of any action, suit, or proceeding arising out of or related in any way to this Agreement or any Work Order, the Parties hereby expressly agree to bring any such action, suit, or proceeding either before the United States District Court for the Eastern District of Louisiana or the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana.

26.3     The Parties further agree that despite the existence of any claim, dispute, controversy, or pending action, Company may require Contractor: (i) to continue performing the Work; and/or (ii) to turn over possession of the Work Product and deliver it to Company. If Contractor fails to comply with any such requirement, the Parties agree, notwithstanding any other provision of this Contract, that such failure shall constitute irreparable injury to Company and that Company shall be entitled to obtain appropriate injunctive relief from a court of competent jurisdiction ordering Contractor to continue performing the Work as required by Company and/or to turn over possession of the Work Product and deliver it to Company as required by Company. Company's exercise of its right to injunctive relief shall not cause a termination pursuant to Article 17 or Article 18.

## ARTICLE 27: ILLEGAL DRUGS, ALCOHOL AND FIREARMS

27.1     To help ensure a safe, productive work environment, Company has established policies designed to prohibit the use, transportation and possession of firearms, weapons, explosives, drugs, and/or controlled substances, drug paraphernalia and alcoholic beverages in any office, worksite, vehicle, vessel, or facility of Company or on helicopters, boats, offshore vessels and

locations, or Company's other premises. Illegal drugs include marijuana, amphetamines, barbituates, opiates, cocaine, codeine, morphine, hallucinogenic substances (LSD), and phencyclidine (PCP) and any similar drugs and/or chemical synthetics deemed hazardous by Company.

27.2     Such policies shall apply to the employees, agents, servants, and representatives of Contractor or its contractors or subcontractors of any tier.

27.3     Company specifically reserves the right to carry out reasonable searches of individuals, their personal effects, and vehicles when entering, on, and leaving Company's premises or locations. The searches will be initiated by Company without prior announcement. Individuals found in violation will be removed from Company's premises or locations immediately. Submission to such a search is strictly voluntary; however, refusal may be cause for not allowing that individual on the Company's premises or locations. It is Contractor's responsibility to notify its personnel of this prohibition and its enforcement.

27.4     Company has implemented the Research and Special Programs Administration (RSPA) and United States Coast Guard (USCG) Drug Testing Regulations as set forth in 49 Code of Federal Regulations (CFR) Part 199 and 46 CFR Part 16 and the Department of Transportation (DOT), Procedures for Transportation Workplace Drug Testing Programs as set forth in 49 CFR Part 40. The Plan applies to the Company's DOT covered employees and contractor personnel. The regulations set forth in 49 CFR Part 199 and 46 CFR Part 16 further define the employees covered by these regulations and provide for the manner by which covered employees are selected and tested for prohibited drugs. Urine samples shall be utilized for DOT drug testing.

27.5     Contractor shall further comply with any and all regulations and programs adopted or imposed by Company's customers from time to time and made applicable to Company and its subcontractors.

27.6     In the event any employee, agent, servant or representatives of Contractor or its subcontractors of any tier either: (i) fails a USCG/DOT approved drug test or (ii) refuses to submit to such test or (iii) refuses to submit to a search of his/her person, effects or vehicle, then Company specifically reserves the right to assess against Contractor, as liquidated damages and not as a penalty, a charge in the amount of One Thousand Dollars ($1,000) per failure or refusal. Liquidated damage amounts under this clause may be withheld from sums due or becoming due to Contractor or may be invoiced for payment by Contractor. Assessment of liquidated damages as provided herein shall be Company's sole entitlement and Contractor's sole liability in respect of the costs incurred by Company in connection with conducting tests and searches. Other than relieving Contractor of liability for actual test and search costs, payment of liquidated damages under this clause shall not limit or affect any other rights or remedies of Company, or duties of Contractor, under this Agreement or at law.

## ARTICLE 28:   CUSTOMER CONTRACT SPECIAL CONDITIONS

28.1     Where it is a requirement of Company's client or customer ("Customer") that certain terms and provisions of the contract between Company and Company's Customer (hereinafter "Prime Contract") are to be included in Company's contracts and/or subcontracts:

Initials:  _____

(a) Contractor agrees to be bound to the terms in the Prime Contract to the same extent as Company is bound to its Customer under the Prime Contract. To the extent that the Prime Contract relates to Contractor's Work, the Contractor shall assume towards Company and the relevant Customer all obligations and responsibilities of Company under the Prime Contract and Company shall have all of the rights, remedies and redress against Contractor which the Customer has against Company under the Prime Contract.

(b) Contractor shall, in addition to all of its other obligations under this Agreement, perform the Work so as there will be compliance with all schedule requirements and performance obligations set forth in the applicable Prime Contract.

(c) Contractor shall fully assume all obligations of Company in the Prime Contract concerning the performance of the Work and such obligations shall be binding and enforceable against Contractor. Contractor shall at all times indemnify Company Group from and against claims or losses from Company's Customer arising in connection with Contractor's performance or non-performance of the Work even if caused by the negligence, fault or other breach of duty (whether statutory or otherwise) of any member(s) of Contractor Group.

(d) Contractor shall have the right, upon reasonable request, to review the terms and conditions of the Prime Contract (excluding all portions thereof related to compensation and provisions not relevant to the Work) prior to Contractor's acceptance of the Work Order.



**IN WITNESS WHEREOF**, the parties hereto have executed this Master Service Agreement in Houma, Louisiana, upon the date above shown in the preamble to this Contract. This Agreement may be signed in counterpart, which, taken together, shall be considered as a complete original.

**WITNESSES:**

_Brandy C. Landry_
_____

Printed Name: Brandy Landry

_____

Printed Name:_____

**Environmental Safety and Health Consulting Services, Inc. (ES&H) and Affiliate Companies**

BY: _Lawrence X. Boucvalt III_

**PRINTED NAME:** Lawrence X. Boucvalt, III

**TITLE:** President

**DATE:** January 4, 2018

**WITNESSES:**

_Kamryn Guillot_

Printed Name:Kamryn Guillot

_Richard Broussard_

Printed Name: Richard Broussard

Private Workforce Solutions LLC
_____

Contractor

BY: _____

**PRINTED NAME:** Ron LaCour

**TITLE:** HSE Director

**DATE:** January 4, 2018

Initials:_____  _____

21

# EXHIBIT A
## SUBCONTRACTOR REQUIREMENTS

All Subcontractors (including "Contractor") of Company are required to meet certain requirements at all times prior to and during the performance of the Work. The following list clearly spells out such requirements for Contractor and Contractor's employees. Contractor should not consider this list complete or all-inclusive, as other Contractor obligations are listed in Article 8 of the Agreement between the Parties, in Work Authorization Forms, at law, etc. However, the list below contains the most important responsibilities and requirements for all Company's approved contractors/subcontractors. It is Contractor's sole responsibility to ensure compliance with the below listed items. Also, Contractor has the responsibility to inform the necessary Contractor personnel of such requirements. Failure to meet the requirements listed below could result in termination of the Agreement between the Parties, termination of Contractor from the job site, penalties, damages, etc. Company reserves all rights against Contractor at law, contract or otherwise for Contractor's failure to abide by the items listed below.

**<u>Contractor Expectations & Requirements</u>**

1. Contractor is required to recruit and hire clean cut, dependable personnel to work on a part-time or "as needed" basis on a variety of environmental services projects (i.e., emergency response oil or hazardous material spill, industrial tank cleaning, equipment decontamination, site remediation, etc.).

2. Contractor is required to develop and implement an employee training program which ensures that all employees provided to Company have successfully completed all of the necessary training courses and refresher training courses as required by applicable law (i.e., OSHA) and Company's customers. 40 hour Hazwoper training (initial) and 8 hour Hazwoper refresher training (annual) are mandatory for any Contractor employee provided to Company, including but not limited to on site management and supervisory personnel.

3. Contractor is required to maintain training records for all active employees who may be assigned to Company on a specific project. Further, Contractor shall make such training records readily available. Training certificates must be submitted to Company for each Contractor employee prior to mobilization and utilization of such employee at a particular job site. If a Contractor employee does not have the required training certificate(s) or does not present such certificate(s) prior to mobilization, he or she is not eligible to work for Company.

4. Contractor is required to have a medical surveillance program for all employees who would be assigned to emergency response projects (per 29 CFR 1910.120(b)(4)(ii)(d)). Such program must include pulmonary function testing as well as respirator fit testing (per 29 CFR 1910.134).

5. Contractor is required to have a comprehensive drug and alcohol testing program. Further, Contractor ensures that all employees who may be assigned to a Company project participate in pre-employment, reasonable suspicion and random drug & alcohol testing as required by 49 CFR Part 40.

6. Contractor is required to provide Contractor employees with ALL of the necessary basic personal protective equipment (PPE) including hard hat, safety glasses, steel toe rubber boots, full face air purifying respirator & organic vapor cartridges, type III PFD and work clothing. Company shall provide outer protective garments and gloves as needed. Contractor should refer to Section 8.2 of the Agreement for more on Contractor's obligations and responsibilities regarding proper PPE.

Initials:  _____

22

7. Contractor is required to ensure that all Contractor vehicles (personnel vans, pickup trucks, etc.) either owned or rented by Contractor are inspected regularly and kept clean and in good working order free from any defects. Contractor is also required to ensure that all drivers are approved to operate Contractor vehicles and that such drivers operate the vehicle in a safe and responsible manner at all times. When occupying such vehicles, Contractor employees shall follow all safety rules and applicable laws (use of seat belts, no texting while driving, no drugs or alcohol in vehicle, etc.) at all times.

8. Contractor is required to generate a daily Vehicle Log for each Contractor provided vehicle on the project in order to be compensated for use of a vehicle. Company shall provide the proper form to be utilized for this purpose, but it is the Contractor's responsibility to ensure that the driver of each Contractor vehicle generates the Vehicle Log at the end of his or her shift and submits it to Company on a daily basis. If Contractor fails to submit a completed Vehicle Log within the time frame allowed, Contractor will NOT be compensated for that vehicle or the vehicle mileage on the date in which Contractor failed to submit the Vehicle Log. Vehicle Logs are required in order to justify vehicle and mileage charges to the Company's customers.

9. Contractor is responsible for ALL costs associated with Contractor vehicles (owned or rented) including maintenance, repairs, fuel, lube, tires, damages, accidents, etc.

10. Contractor is expected to manage all incidents and accidents involving Subcontractor employees and reporting those incidents/accidents to Company Safety Department *immediately*.

11. On projects where lodging and subsistence is required, it shall be the responsibility of Contractor to provide all Contractor employees with adequate lodging accommodations. Contractor shall also be required to issue per diem to eligible employees on such projects. Whenever per diem is required for a particular project, Contractor shall have all eligible Contractor employees sign and submit to the Company the provided Per Diem Log on a daily basis. Company is not obligated to compensate Contractor for any Contractor employee who fails to sign the Per Diem Log. Per Diem Logs are required to justify employee receipt of per diem and costs of lodging accommodations. Contractor has the responsibility to notify their employees that per diem cash is issued for off-duty meals and personal incidentals. Company shall have no responsibilities whatsoever in the logistical coordination of Contractor employees' lodging or per diem on projects that require such. Further, Company shall not be responsible for any property damage caused by or arising out of Contractor or Contractor employees' use of any lodging facilities.

12. Contractor is required to continuously remind all Contractor employees on Company projects that there are numerous Company forms and documents that must be signed on a daily basis including the 211 Sign In Sheet, Tailgate Safety Meeting Form, Per Diem Log (if applicable), and any Vehicle or Vessel Logs. **Any Contractor employee who fails to sign one or more of the required forms shall be removed from the daily ticket, and Company shall NOT compensate Contractor for such employee(s). Further, Company shall NOT compensate Contractor for any vehicles or vessels that are not properly documented.**

13. Contractor is required to complete and submit all of the necessary forms and documents provided by Company on a daily basis. Such documents are required for billing purposes and must be turned in to Company for verification and justification of Contractor charges. **Any forms not completed or not**

Initials: 

23

submitted to Company in a timely fashion shall result in the removal of the affected charges from Contractor invoices.

14. Contractor is required to understand, follow and abide by all safety related policies and procedures implemented on each job site. Every project has a Site Specific Health and Safety Plan (SSH&S Plan) which will provide Contractor with specific details on the proper work practices, policies and procedures, emergency procedures and hazards which may be encountered on a particular job site. All Contractor personnel are required to review the SSH&S Plan upon arrival to the job site. Also, all Contractor personnel shall sign the designated SSH&S Plan to confirm that they understand the safety plan and agree to abide by its contents. Company shall provide and present such SSH&S Plan to Contractor personnel for signature upon arrival to the job site.

15. Contractor is expected to strictly abide by the provisions listed in this document. Company Management will periodically monitor and evaluate the Contractor's performance. If Contractor receives a poor or unsatisfactory evaluation, Company has the right to refuse to utilize Contractor's services.

16. **The provisions and requirements contained in this document, as well as all other provisions listed in the Agreement, shall also apply to all Contractor's subcontractors of any tier.** It is the responsibility of Contractor to ensure that all Contractor's subcontractors are in compliance with the Agreement and the provisions of this document in their entirety.

<u>**Contractor Employee Expectations & Requirements**</u>

1. Contractor employees MUST have successfully completed all safety training programs as needed for specific projects or tasks. At a minimum, 40 hour Hazwoper & 8 hour annual refresher training (Hazwoper) are required for ALL Contractor employees. Depending upon the scope of work listed in the applicable Work Authorization Form, additional required training may also be required. This may include certifications such as Confined Space Entry & Rescue, HUET/Water Survival, Basic Safety Plus, Plant/Refinery Site Specific, etc.

2. On some occasions, Contractor employees may be required to have a valid TWIC card for entry to secure facilities. Employees who do not possess a valid TWIC will not be allowed on projects that require such TWIC cards.

3. If a project so demands, Contractor employees may have to travel and remain out of town for extended periods of time. Contractor should make Contractor employees aware as such. Contractor employees should be prepared to work as many as 12 to 14 hours per day for extended periods of time. This may also require working weekends and holidays.

4. Contractor employees shall not have any felony convictions on their record. Also, Contractor shall not provide workers that are currently participating in any type of work release program of any kind. It is the responsibility of Contractor to provide adequate personnel for a particular job.

5. Contractor employees must be clean shaven at all times (with the exception that moustaches are permitted provided the facial hair does not extend below the bottom lip) to allow for proper fit and seal of respiratory protection devices. Full beards or long sideburns are not permitted at any time.

Initials:  _____

6. Contractor employees are required to dress appropriately for work. Pants are required to be worn firmly at the waist to prevent trip hazards associated with loose fitting or saggy pants. Contractor employees should be prepared to remain outdoors for long periods of time and dress appropriately for current weather conditions.

7. Contractor employees are not allowed to wear jewelry of any kind on the job site, as this is a safety concern.

8. Contractor employees are expected to familiarize themselves with the appropriate safety policies and procedures for each job site (specific details included in Site Specific Health & Safety Plan on each and every job site). Contractor employees are required to follow such policies and procedures at all times.

9. Smoking is permitted in designated areas only. Any Contractor employee found to be smoking in a non-smoking area will be immediately terminated and removed from the job site. This is a safety concern which will be strictly enforced by Company.

10. Company strictly prohibits the possession of contraband, drug paraphernalia or weapons on the job site. Any Contractor employee found to be in possession of any of these items will be terminated and turned over to local law enforcement.

11. Company has a ZERO TOLERANCE policy. Any Contractor employee found to be engaged in any type of illegal activity or in possession of an illegal substance will be terminated immediately and turned over to local law enforcement.

Initials:  _____