**25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES**

**STATE OF LOUISIANA**

DOCKET NO. 69-806                                                                      DIVISION "A"

**RAYMOND ALVAREZ**

**VERSUS**

**ENVIRONMENTAL, SAFETY & HEALTH CONSULTING SERVICES, INC.
AND PRIVATE WORKFORCE SOLUTIONS, L.L.C.**

FILED:_____       _____
                                                                                 DEPUTY CLERK

**PETITION FOR DAMAGES**

The petition of **RAYMOND ALVAREZ** (hereinafter "ALVAREZ"), a person of the full age of majority and a resident of and domiciled in the Parish of Orleans, State of Louisiana, who with respect represents as follows:

1.

That made Defendants herein are:

A. **Environmental, Safety & Health Consulting Services, Inc. (hereinafter "ES&H")**, a corporation organized under the laws of the State of Louisiana domiciled at 1730 Coteau Road, Houma, Louisiana 70364, authorized to do and doing business in Louisiana; and

B. **Private Workforce Solutions, L.L.C. (hereinafter "PWS")**, a limited liability company organized under the laws of the State of Louisiana domiciled at 1121 B Canal Boulevard, Thibodeaux, LA 70301, authorized to do and doing business in Louisiana.

2.

That venue is proper in Plaquemines Parish as the wrongful conduct and/or harm giving rise to this petition occurred within Plaquemines Parish.

3.

That on or about March 14, 2025, your Petitioner, Raymond Alvarez, worked as a commercial diver for JRon Services, LLC ("JRon"), earning $600.00 per day.

Exhibit D

4.

That JRon instructed Petitioner and his co-worker to perform a commercial diving assignment requiring that they be transported on the M/V MRS. PATSY to the territorial waters off of the Louisiana coast.

5.

That the M/V MRS. PATSY, an oilfield hazmat response vessel, was owned, controlled and operated at all material times by Defendant, **ES&H**.

6.

That upon arrival to the EPS dock on the morning of March 14, 2025, Petitioner met the vessel captain, a direct employee of Defendant **PWS**, who was the lone crew member, and who expressed concern to Petitioner regarding a breach in the M/V MRS. PATSY's hull and a malfunctioning vessel radar, all of which conditions existed on the vessel prior to commencement of the voyage.

7.

That Defendants **ES&H** and or **PWS** did not require or provide any vessel orientation, safety instructions or otherwise instruct Petitioner and the co-diver about the vessel's safety equipment or emergency procedures.

8.

That on or about March 14, 2025, at approximately 7:30 a.m., the M/V MRS. PATSY departed the EPS dock for the offshore work site and proceeded to travel down the Mississippi River in heavy fog at a high rate of speed, believed to be 49 miles per hour.

9.

That as the M/V MRS. PATSY proceeded south in the Mississippi River at a high rate of speed in near zero visibility, the vessel suddenly and without warning allided with a navigation buoy, LLNR 12995, owned by the United States Coast Guard.

10.

That the force of the allision moved buoy LLNR 12995 58 yards off station and caused Petitioner's body and head to hit the vessel structure on the port side.

11.

That the vessel immediately began taking on water and sinking from bow to stern, which eventually required Petitioner, his co-diver and the vessel captain to abandon the vessel and enter the water in severely reduced visibility conditions.

12.

That after an unknown period of time, all three men were rescued by the pilot vessel M/V SAMUEL A. CHURCH, whose Captain smelled diesel fuel and heard the three men screaming while in the water. The men were brought to a pilot house in Pilottown near the mouth of the Mississippi River.

13.

That Petitioner was then taken by ambulance to University Hospital in New Orleans, Louisiana.

14.

That as a result of the allision described herein, through no fault of his own, Petitioner suffered severe injuries to his back, tailbone, wrist, and ankle which injuries have required and continue to require medical treatment, now and into the foreseeable future.

15.

That as a result of the injuries described herein, Petitioner's treating physicians have advised that he refrain from working and have determined that his condition renders him unable to perform his usual job duties and responsibilities.

16.

That as a result of the incident described herein, Petitioner suffered mental and emotional trauma, resulting in severe mental anguish, anxiety, and other psychological symptoms necessitating treatment by a psychiatrist.

## FOR THE FIRST CAUSE OF ACTION

17.

That Petitioner re-avers and re-alleges all allegations of fact and law previously plead herein as if re-pled in their entirety.

18.

That the incident described herein and resulting severe injuries to Petitioner were proximately caused by the negligence of **ES&H** as owner and operator of the M/V MRS. PATSY involved in the allision and dual employer of the captain, who negligently operated the vessel with a known hull breach, malfunctioning radar, and at an excessive rate of speed in zero visibility conditions on an inherently dangerous navigable waterway. Furthermore, **ES&H** negligently hired a captain who was not qualified to safely operate a vessel in adverse weather conditions namely intense fog.

19.

That as a consequence of the events and occurrences described herein and the resulting severe, painful and disabling injuries to Petitioner described herein, Petitioner is entitled to damages for past, present and future physical and mental pain and suffering, permanent physical and mental disability, past and future medical expenses, loss of income and future wage earning capacity, loss of enjoyment of life and disfigurement, all in an amount to be determined in this cause.

20.

That Petitioner's claims against Defendant, **ES&H** are governed by the General Maritime Law of the United States and 28 U.S.C. § 1333(1), known as the "Savings to Suitors Clause", which preserves to the citizens of the various states the right to proceed in this court.

## AND FOR A SECOND CAUSE OF ACTION

21.

Petitioner repeats and re-avers each allegation of law and fact previously pled herein as if replead in their entirety.

28.

That Petitioner's claims against Defendant, **ES&H**, are governed by the General Maritime Law of the United States and 28 U.S.C. § 1333(1), known as the "Savings to Suitors Clause", which preserves to the citizens of the various states the right to proceed in this court.

### AND FOR A FOURTH CAUSE OF ACTION

29.

Petitioner repeats and re-avers each allegation of law and fact previously pled herein as if replead in their entirety.

30.

That the actions of the vessel captain in operating the vessel at a high rate of speed in dense fog constitute gross negligence under the general maritime law, for which conduct Petitioner is entitled to claim and recover punitive damages from the captain's direct employer **PWS** in an amount to be determined in this cause.

31.

That Petitioner's claims against Defendant, **PWS** are governed by the General Maritime Law of the United States and 28 U.S.C. § 1333(1), known as the "Savings to Suitors Clause", which preserves to the citizens of the various states the right to proceed in this court.

32.

That Petitioner demands a jury on all claims and causes of action brought herein or by way of amended and/or supplemental petition.

**WHEREFORE**, Petitioner, Raymond Alvarez, prays for judgment in his favor and against Defendants, Environmental, Safety & Health Consulting Services, Inc. and Private Workforce Solutions, L.L.C., for compensatory damages in an amount reasonable under the circumstances of this cause, for punitive damages in an amount to be determined by this Honorable Court, for all taxable costs and interest, including pre-judgment interest, as allowed by law, and for any additional general and equitable relief which the circumstances of this cause may require.

ELECTRONICALLY FILED
2025 Jun 13 11:16 AM
00069806
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court

**BRUNO & BRUNO, L.L.P.**

BY: _____
Christian T. Bruno (#41005)
Stephen P. Bruno (#1272)
855 Baronne Street
New Orleans, LA 70113
Telephone: 504-525-1335
Email: Stephen@brunobrunolaw.com
Email: Cbruno@brunobrunolaw.com

**PLEASE SERVE**

**Environmental, Safety & Health Consulting Services, Inc.**
Through its registered agent:
Mike Hollander
70325 Highway 1077, Suite 300
Covington, LA 70433

**Private Workforce Solutions, L.L.C.**
Through its registered agent:
Paul D. Hale
755 Magazine Street
New Orleans, LA
70130

A TRUE COPY
DEPUTY CLERK OF COURT
PLAQUEMINES PARISH, LOUISIANA