

March 29, 2025

**VIA EMAIL:** operations@esandh.com , info@esandh.com

**VIA CERTIFIED MAIL:**

Lawrence Boucvalt, III
1730 Coteau Rd.
Houma, LA 70364

AND

Mike Hollander
70325 HWY 1077, Ste. 300
Covington, LA 70433

**RE: Notice and preservation of evidence letter from Raymond Savant**

To whom it may concern,

    Mr. Savant has retained the undersigned counsel to represent him in connection with injuries he suffered in an marine casualty aboard the M/V MRS. PATSY on or about March 14, 2025. The purpose of this letter is to advise Environmental, Safety & Health Consulting Services, Inc. ("ES&H") that any further communications with Mr. Savant should be made by contacting the undersigned and to remind ES&H of its ongoing legal obligations to provide Mr. Savant with maintenance and cure.

    On or about March 14, 2025, Mr. Savant sustained injuries while employed by ES&H. Currently, Mr. Savant is in the process of scheduling visits with providers in pursuit of medical treatment. We ask that you please provide billing information for Mr. Savant to provide the physicians as soon as possible.

Exhibit E

Additionally, please provide the following information at your earliest convenience:

- Please state whether Mr. Savant is entitled to short-term disability and/or long-term disability benefits through ES&H, and, if applicable, please forward a copy of the policy.

- Please provide a detailed printout of Mr. Savant's earnings history with ES&H for the fifty-two weeks (52) prior to the incident, along with a copy of his personnel file.

ES&H is under a legal obligation to maintain preserve, retain, protect, and not destroy any and all documents and data, both electronic and hard copy, that may be relevant to the injuries and employment of Mr. Savant. The failure to preserve and retain documents and electronic data and physical evidence outlined in this notice may constitute spoliation of evidence which will potentially subject you to future sanctions.

For the purposes of this notice, documents and data that may potentially be subject to this duty include but not be limited to the following: Vessel Logs (rough and smooth), Safety Reports, Job Safety Analyses, Incident Reports, Crew Rosters, Crew Endurance Management Records, Towing Vessel Records, Safety Management System Records, any other vessels logs, engine room logs, GPS track lines, Rose Point Navigation data, voyage data recorders, closed circuit video recorders, engine performance data, messages to and from the crew and between shoreside personnel (emails, text messages, Facebook messages, voicemails), photographs and/or videos of the vessel and its equipment before and after the casualty, or any other such logs, documents, or records which may be potentially responsive to this letter.

This request extends not only to ES&H's officers and shoreside staff, but also to the crew of the vessel, which may have potentially responsive data and/or documents. This request also extends to physical evidence, including but not limited to any equipment, devices, systems, and/or surfaces which were involved in the casualty.

You and your employees are instructed not to destroy, erase, alter, or otherwise make unavailable any data or evidence related to this loss and the resulting damages, and you and your staff are further instructed to take reasonable efforts to preserve any such data and/or evidence. Furthermore, in the event that you intend to materially alter, modify, destroy or dispose of the

vessel itself or its appurtenances, we ask that you provide our firm, its staff, and its experts the opportunity to inspect the vessel prior to taking such steps.

Please also consider this written notice of a claim which may exceed the value of your vessel pursuant to 46 USC § 30505 et seq ("Limitation Act"). Mr. Savant is making a demand upon ES&H for the payment of maintenance and cure and such other damages and relief as he may be entitled to for ES&H's negligence and the unseaworthiness of the M/V MRS. PATSY.

By this writing, the undersigned also formally demands the opportunity to inspect the M/V MRS. PATSY before any repairs are undertaken. To that end, please provide the current location of the vessel and several dates on which the vessel may be made available for inspection.

Please refrain from contacting our client and direct any future correspondence relating to this matter to the undersigned by email, fax, or the address below. Please also acknowledge in writing that you are in receipt of this letter of representation.

Please feel free to call me on my cell phone anytime at (985) 705-1028 if you would like to discuss.

Best regards,

Adam Davis

Adam Davis Law Firm