# ACORD   CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 5/02/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer any rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
USI Southwest
P.O. Box 2868
Houma, LA 70361
985 868-2436

**CONTACT NAME:** Jenna Oubre
**PHONE (A/C, No, Ext):** 985 868-2436
**FAX (A/C, No):** 985-868-2465
**E-MAIL ADDRESS:** jenna.oubre@usi.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Scottsdale Insurance Company | 41297 |
| INSURER B: Louisiana Workers' Comp Corp | 22350 |
| INSURER C: Certain Underwriters at Lloyds | 1122 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Private Workforce Solutions, LLC
1121-B Canal Blvd
Thibodaux, LA 70301

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **X** COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE ☐ OCCUR | | | VRS0007867 | 12/31/2024 | 12/31/2025 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>**X** POLICY ☐ PRO-JECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY<br>☐ ANY AUTO ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>**X** HIRED AUTOS ONLY **X** NON-OWNED AUTOS ONLY | | | VRS0007867 | 12/31/2024 | 12/31/2025 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | UMBRELLA LIAB **X** OCCUR<br>**X** EXCESS LIAB ☐ CLAIMS-MADE<br>☐ DED ☐ RETENTION $ | | | VES0004847 | 12/31/2024 | 12/31/2025 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | AGGREGATE | $5,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **N** (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | 164581S | 12/31/2024 | 12/31/2025 | **X** PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| C | Maritime Liability | | | IGPMEL24017 | 12/31/2024 | 12/31/2025 | 1,000,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Any request for special coverages which are specifically required by contract or minimum insurance requirements should be forwarded to this office for review.

(See Attached Descriptions)

**CERTIFICATE HOLDER**
Environmental Safety & Health
Consulting Services, Inc.
P.O. Box 9217
Houma, LA 70361

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Cindy Alexander*

© 1988-2015 ACORD CORPORATION. All rights reserved.

# DESCRIPTIONS (Continued from Page 1)

**COMMERCIAL GENERAL LIABILITY, HIRED & NONOWNED AUTO, CONTRACTORS POLLUTION LIABILITY, ERRORS & OMISSIONS:**
**Gulf of Mexico Extension**
**In Rem Endorsement**
**Policy includes automatic Additional Insured, Waiver of Subrogation, and Primary and Non-Contributory**
**Insurance endorsements that provide this status to the Certificate holder, only when there is a written**
**contract between the named insured and the certificate holder that requires such status, and only with**
**regard to work performed on behalf of the named insured.**
**Removal of Watercraft exclusions for non-owned vessels only**
**Sudden and Accidental Pollution 7days discovery / 30 days reporting**
**Contractors Pollution Liability - $1,000,000**
**Errors & Omissions - $1,000,000**

**WORKERS COMPENSATION:**
**U.S. Longshoremen & Harborworkers Coverage**
**Policy includes Alternate Employer and Waiver of Subrogation endorsements that provide this status to the**
**Certificate holder, only when there is a written contract between the named insured and the certificate**
**holder that requires such status, and only with regard to work performed on behalf of the named insured.**
**Outer Continental Shelf Act**
**Gulf of Mexico Extension**
**Other States Endorsement**

**UMBRELLA:**
**Policy includes automatic Additional Insured, Waiver of Subrogation, and Primary and Non-Contributory**
**Insurance endorsements that provide this status to the Certificate holder, only when there is a written**
**contract between the named insured and the certificate holder that requires such status, and only with**
**regard to work performed on behalf of the named insured.**
**Follow form General Liability, Contractors Pollution Liability, Errors and Omissions, Employers Liability,**
**Maritime Employers Liability, Hired & Non-Owned Auto**

**MARITIME:**
**Policy includes automatic Alternate Employer and Waiver of Subrogation endorsements that provide this**
**status to the Certificate holder, only when there is a written contract between the named insured and the**
**certificate holder that requires such status, and only with regard to work performed on behalf of the named**
**insured.**
**T.W.M. & C.**
**Death on High Seas**
**In Rem**
**Jones Act**