**Master Services Agreement**

made by and between

**Spectrum OpCo LLC**

and

**Environmental Safety & Health Consulting Services, Inc.**

dated 22nd day of July 2024

Exhibit G

**CONTENTS**

| | | |
|---|---|---|
| 1 | **NOTICE OF TERMS OF AGREEMENT** | **1** |
| 2 | **DEFINED AND INTERPRETATION** | **1** |
| 3 | **CONSTRUCTION AND INTERPRETATION OF THIS AGREEMENT** | **4** |
| 4 | **THE WORK** | **6** |
| 5 | **REPRESENTATIONS & WARRANTY.** | **10** |
| 6 | **INDEMNITIES AND LIABILITIES.** | **17** |
| 7 | **INSURANCE** | **22** |
| 8 | **TERM, TERMINATION OF THIS AGREEMENT** | **23** |
| 9 | **TERM AND TERMINATION OF WORK ORDERS** | **23** |
| 10 | **PAYMENT, TAXES & LIENS** | **25** |
| 11 | **APPLICABLE LAW** | **28** |
| 12 | **GENERAL** | **29** |

**EXHIBITS**

Exhibit A  Work Order – Sample

Exhibit B  Insurance

Exhibit C  Certificate(s) of Insurance

**THIS AGREEMENT CONTAINS INDEMNITY AND RELEASE PROVISIONS**

This Master Service Agreement (this **"Agreement"**) is effective as of the 22nd day of July 2024, by and between Spectrum OpCo LLC (**"Company"**), a Delaware Limited liability company and Environmental Safety & Health Consulting Services, Inc. (**"Contractor"**), a Louisiana Corporation, Company and Contractor (each, a **"Party"** and collectively, the **"Parties"**):

## RECITALS

**WHEREAS**, Company is engaged in the business of performing exploration, development, production and other operations for natural gas, oil, chemicals and other petroleum bi-products on the lands and waterways, inside and outside of the United States;

**WHEREAS**, Company frequently enters into written agreements with all manner of contractors to perform their services, purchase and lease their goods and equipment and where Contractor frequently enters into contracts to perform, sell and lease its services, goods and equipment; and,

**NOW THEREFORE**, for and in consideration of the mutual promises, covenants and agreements contained herein, as well as other good and valuable consideration, the sufficiency of which hereby is acknowledged, the Parties enter into this Agreement, which shall govern the relations between the Parties.

1     **NOTICE OF TERMS OF AGREEMENT**.

1.1    Each of the Parties specifically agree that it has: (a) read this Agreement, (b) full notice and knowledge of the terms, conditions, and effects of this Agreement and (c) had the opportunity to be represented by legal counsel of its choice prior to its execution of this Agreement.

1.2    The Parties further recognize that certain of the terms of this Agreement result in one Party assuming the liability inherent in some aspects of the transaction and relieving the other Party of its responsibility for such liability. Each Party agrees and covenants that it will not contest the validity or enforceability of any indemnity or exculpatory provision of this Agreement on the basis that the Party had no notice or knowledge of such provision or that the provision is not conspicuous.

2     **DEFINED AND INTERPRETATION**.  In this Agreement the following words and phrases shall have the following meanings:

**"Affliate"** means, in respect of a Party, any other company, corporation or other business entity controlled by such Party, in control of such party or under common, control with such Party.  For purposes of this definition, control shall mean the ownership, legally or beneficially, directly or indirectly, of fifty percent (50%) or more of the voting shares or membership interest of any company or corporation or business entity.

**"Applicable Law"** means any applicable statute, law, decree, ordinance, rule, regulation, order or similar act of a Governmental Authority.

**"Claims"** means any and all suits, petitions, actions, legal or administrative proceedings, claims, causes of action, and demands of every kind and character, including those arising out of contract, tort, negligence, strict liability, breach of warranty, or misrepresentation.

**"Contractor"** means the Party so identified within the opening preamble to this Agreement, or any of its Affiliates who enter into Work Orders as further described in Exhibit A.

**"Contractor Furnished Items"** means all the equipment, materials, tools, spare parts, supplies, fuel, transportation, and Intellectual Property furnished by or on behalf of Contractor, and its Subcontractors, to perform the Work.

**"Contractor Group"** means and includes (both individually and collectively) Contractor, Contractor's Personnel, its Affiliates, Subcontractors, and its and their co-participants, co-lessees, co-owners, joint venturers, and its and their respective directors, officers, employees (including agency personnel), servants, agents, and invitees, but does not include any member of Spectrum Group.

**"Contractor Insolvency Event"** means (a) the insolvency of Contractor; (b) any assignment by Contractor or other agreement for the benefit of creditors; (c) the adjudication of Contractor as bankrupt; (d) admission by Contractor in writing of its inability to pay its debts generally as they become due; (e) the institution of any proceedings against Contractor under any federal or state bankruptcy law; (f) the institution of any proceedings for the appointment of a receiver, trustee, or liquidator of Contractor; (g) the filing by Contractor of a voluntary petition in bankruptcy or for reorganization; or (h) the levy or attachment upon Contractor's equipment or Contractor Furnished Items that is not removed within five (5) days.

**"Contractors Personnel"** means all the labor and supervisory personnel furnished by or on behalf of Contractor, and its Subcontractors, to perform the Work.

**"Damages"** means any and all losses, Expenses, liabilities, fines, penalties, judgments, awards, adjustments, obligations to indemnify another and costs, and any and all compensatory, general, nominal, and statutory damages.

**"Effective Date"** means the date referenced in the opening preamble to this Agreement and upon which this Agreement shall become effective, and the Parties shall be bound.

**"Environmental Laws"** means any and all federal, state or local laws, or any rules, regulations, plans or ordinances adopted, or other criteria and guidelines promulgated by a Governmental Authority pursuant thereto, governing or regulating the use of Hazardous Materials, or damage to or the use of natural resources, soil, surface water, groundwater, subsurface strata or the ambient air, now or hereafter in effect.

**"Expenses"** means any and all costs, including court costs, costs of defense, litigations costs, reasonable attorneys' fees, costs of mediation and/or arbitration, costs of investigation, cleanup, remedial or response action, financial assurance for the completion of response, remedial or corrective actions, preparation of any required plans or analyses, retention of engineers and other expert consultants, legal counsel, capital improvements,

operation and maintenance testing and monitoring costs, and administrative costs imposed by a Governmental Authority.

**"Force Majeure"** means an occurrence beyond the control of the Parties and shall include, but not be limited to: acts of God; war; official strikes or industrial disputes (excluding strikes, lock-outs or other industrial disputes or action among employees of Contractor or its Subcontractors); quarantine; epidemic; blockade; civil disturbance; riots; insurrection; fire; and/or action or inaction by a governmental agency and rules or regulations of any Governmental Authority having or claiming jurisdiction, compliance with which makes continuance of operations impossible. The inability of either Party to secure funds, arrange bank loans or other financing, or to obtain credit shall not be regarded as Force Majeure. Nor shall any mechanical, electrical or structural failure of vessels, plant and equipment owned or leased by Contractor or third parties in the performance of the Work be considered Force Majeure.

**"Governmental Authority"** means any nation state, any province, region, state, municipality or other subdivision thereof, and any legislature, agency, ministry, court or other authority or instrumentality exercising legislative, executive, regulatory, administrative, or judicial functions of government within such nation state or any of its subdivisions.

**"Gross Negligence"** means (a) the intentional failure to perform a manifest duty, in reckless disregard of or wanton indifference to the consequences to the life, health, safety or property of another; or (b) any act or failure to act that, in addition to constituting negligence, was in reckless disregard of or wanton indifference to the consequences to the life, health, safety or property of another.

**"Group"** means: (a) with respect to Company, Spectrum Group or (b) with respect to Contractor, Contractor Group.

**"Hazardous Materials"** means any and all hazardous wastes, hazardous substances, hazardous constituents, toxic substances, or related materials, whether solids, liquids, or gases, including substances defined as Hazardous Wastes, Hazardous Substances, Toxic Substances, Pollutants, Contaminants, Chemicals known to Cause Cancer or Reproductive Toxicity, Radioactive Materials, or other similar designations subject to regulation by a Governmental Authority.

**"Intellectual Property"** means patents, trademarks, service marks, copyrights, trade secrets and other forms of comparable property rights protected by federal law, and/or state law, and/or foreign law.

**"Party"** means, subject to the terms of this Agreement, singularly, Company or Contractor, and collectively, both Company and Contractor.

**"Representative"** means the individual(s) appointed by a Party to be its agent with authority to act on behalf of the appointing Party.

**"Spectrum"** means Company or any of its Affiliates and, in respect of a particular Work Order, **"Spectrum"** shall mean Company or the Affiliate, that executes such Work Order with Contractor.

**"Spectrum Property"** means any land, property, buildings, facilities or the like, whether, from time to time, owned, leased, rented or otherwise operated by any member of Spectrum Group.

**"Spectrum Group"** means and includes (both individually and collectively) Company, its Affiliates, its and their co-participants, partners, co-lessees, co-owners, joint venturers, and contractors and subcontractors, and its and their respective directors, officers, employees (including agency personnel), servants, agents and invitees, but does not include any member of Contractor Group.

**"Subcontractor"** means any individual or entity with whom Contractor, or one of Contractor's subcontractors, at any tier, enters into an agreement to perform any of the Work or to whom Contractor otherwise delegates performance of any of the Work.

**"Taxes"** means income or profits tax, employment tax, withholding tax, social security tax, contractor tax, sales tax, property tax, consumption tax, value added tax, use and excise tax, turnover tax, capital tax, customs duties, import and export tax, and all other taxes that are based on the revenues and compensation for services derived under this Agreement.

**"Term"** has the meaning given to it in Section 8.1 as adjusted in accordance with Section 8.5.

**"Work(s)"** means the work, jobs, services, goods, deliverables, duties and activities to be performed or provided by, or on behalf of, Contractor, under this Agreement and one or more Work Order(s), including all necessary ancillary equipment, personnel and tools of trade to effect such work, jobs, services, goods, deliverables, duties and activities, as specified in accordance with the provisions of such Work Order(s).

**"Work Defects"** means, in respect of any Work or any part of any Work, such Work or such part of any Work fails to conform to the requirements defined in the applicable Work Order Work, the warranty and representations of given by the Contractor in respect of such Work, as set out in this Agreement, or is not in accordance with generally accepted industry standards, including standards relating to accuracy.

**"Work Order"** means an order for Work issued by Spectrum to Contractor, as more fully described in Section 3.

**"Work Site"** means the locations (which may be a Spectrum Property) where the Work will be performed including, if applicable, locations through which the Work will be transported and/or the location where Contractor Furnished Items will be installed into, made a part of or incorporated into.

3      **CONSTRUCTION AND INTERPRETATION OF THIS AGREEMENT.**

3.1    <u>**Agreement**</u>.  In addition to this document, the following documents shall be deemed to form, and be read and construed as part of this Agreement:

3.1.1    Exhibit A (Work Order – Sample)

3.1.2    Exhibit B (Insurance)

3.1.3    **Error! Reference source not found.** (**Error! Reference source not found.**)

Any reference to this Agreement shall be to this Agreement as from time to time amended, varied, re-stated and/or supplemented.

3.2    **Purpose**.  The purpose of this Agreement is to set forth the terms and conditions of any Work undertaken by Contractor for Company, and to define the contractual rights, obligations, and liabilities of the Parties. This Agreement shall not establish exclusivity of business dealings between the Parties nor shall Company be committed to contract for a stated volume of Work during the Term. This Agreement shall govern all Work performed by Contractor under any Work Order, and any agreement or stipulations in any Work Order used by either Party not in conformity with the provisions hereof shall be null and void.

3.3    **Complementary Provision**.    The documents that comprise this Agreement are complementary, and Contractor shall carefully study and compare the various documents, as well as any other information furnished by Company relative to the Work. No document should be read in isolation. This obligation is for the purpose of facilitating full understanding of the requirements of this Agreement and not for the purpose of discovering errors, omissions, or inconsistencies in this Agreement. Any errors, omissions, or inconsistencies discovered by Contractor shall, however, be communicated promptly to Company as a request for information.

3.4    **Conflict**.    This Agreement shall supersede all other agreements, arrangements or understandings between the Parties, whether oral or written. In the event of any conflict between the provisions of this Agreement and any prior or subsequent oral or written work order, delivery ticket, invoice, or any other agreements, arrangements or understandings between the Parties, the provisions of the Agreement shall control, unless modified by a subsequent written document signed by an authorized representative of both Parties.

**3.5    Construction.**

3.5.1    **Precedence**. In the event, and to the extent, of a conflict between the terms and conditions in this Agreement and those contained in any Work Order and not expressly identified in such Work Order (as signed by a Representative of Company) as an amendment of this Agreement, the terms and conditions of this Agreement shall control.

3.5.2    **Headings**. Article, Section, Exhibit and paragraph headings are included for convenience only and shall not be considered in interpreting this Agreement.

3.5.3    **Singular and Plural Forms**. In this Agreement, words importing the singular include the plural and vice-versa, as appropriate.

3.5.4    **No preference**. This Agreement and each provision therein shall be construed as if both Parties had equal say in its drafting, and thus shall not be construed against the drafter.

3.5.5 **Non-limiting Interpretation**. As used in this Agreement, the words **"include"** and **"including"** mean **"include without limitation"** and **"including without limitation"** respectively.

## 4 THE WORK.

4.1 **Work Order**. During the Term, Company or an Affiliate of Company may request Contractor to perform Work by issuing a Work Order to Contractor, (each a **"Work Order"**) a template of a Work Order being set out in Exhibit A. Each Work Order, after its execution by Company or an Affiliate of Company and Contractor, shall be considered an individual Work Order and an Exhibit to this Agreement, subject to the same terms and conditions set forth in this Agreement and shall form a binding contract between the Contractor and Spectrum on the terms of such executed Work Order and the terms of this Agreement. The terms and conditions of this Agreement may be amended by and within a Work Order, for that individual Work Order only, provided that any such amendment to the terms and conditions of this Agreement are expressly identified as an amendment to this Agreement in such Work Order and are executed by a duly authorized Representative of both Company or an Affiliate of Company (as the case may be) and Contractor.

4.2 **Status of Work Orders executed by an Affiliate of Company and/or an Affiliate of Contractor.**

4.2.1 In respect of any Work Order which is executed by an Affiliate of Company:

(a) such Affiliate of Company shall be the party to such Work Order and such Affiliate of Company shall have the respective rights and owe each other the party to such Work Order the respective obligation pursuant to such Work Order and this Agreement as if such Affiliate of Company was a party to this Agreement and named in this Agreement as Company;

(b) Company shall have no rights or obligations in respect of such Work Order, the Work to be carried out in respect any such Work Order, any payments that may become due pursuant to such Work Order and/or any liabilities and/or obligations pursuant to this Agreement insofar as it relates to such Work Order; and

(c) and where this Agreement refers to a "Party" or "Parties" in respect of such a Work Order, such reference shall be interpreted, where applicable to Company, as being the Affiliate of Company executing such Work Order.

4.2.2 In respect of any Work Order which is executed by an Affiliate of Contractor:

(a) such Affiliate of Contractor shall be the party to such Work Order and such Affiliate of Contractor shall have the respective rights and owe each other the party to such Work Order the respective obligation pursuant to such Work Order and this Agreement as if such Affiliate of Contractor was a party to this Agreement and named in this Agreement as Contractor;

(b)      Contractor shall have no rights or obligations in respect of such Work Order, the Work to be carried out in respect any such Work Order, any payments that may become due pursuant to such Work Order and/or any liabilities and/or obligations pursuant to this Agreement insofar as it relates to such Work Order; and

(c)      and where this Agreement refers to a "Party" or "Parties" in respect of such a Work Order, such reference shall be interpreted, where applicable to Contractor, as being the Affiliate of Company executing such Work Order.

4.3    **Performance of Work**.  Following the agreement of the Parties to a Work Order, Contractor shall furnish, mobilize, operate, and manage the Contractor Furnished Items, Contractor's Personnel, Subcontractors or equipment described therein at the time and place agreed upon, and continue operations diligently and without delay in a safe, proper, and workmanlike manner, in strict conformity with the specifications and requirements herein and in the applicable Work Order. The Work contemplated herein shall be performed to the standards and specifications required by Spectrum, which reserves the general right of inspection to secure the satisfactory completion thereof. Payment of any funds by Spectrum shall constitute a waiver or acceptance of defects.

4.4    **Completion of Works**.  Where in respect of any Works, Contractor believes that it has duly completed such Works, it shall give notice of such completion to Spectrum.  Spectrum will then have a reasonable opportunity to inspect such Works and may or may not specify that Contractor is to be present at such inspection.  Only once Spectrum, acting reasonably, has confirmed that such Works have been completed will such Works be completed for the purposes of this Agreement.  Neither the inspection of such Works by Spectrum nor any confirmation by Spectrum that such Works have been completed shall limit or reduce Contractor's liability in respect of such Works.

4.5    **Changes**.  Spectrum may, at any time upon written notice to Contractor, order changes in the Work. Such changes may include additions, omissions, alterations, or replacements. No such change shall vitiate this Agreement.

4.6    **Communications**.  All Work Orders, instructions, communications, authorizations, approvals, acknowledgements, and acceptances (**"Communications"**) expressly referenced within this Agreement shall be in writing. Notwithstanding the requirements of the foregoing, any Communication that is issued orally shall be binding upon the Parties and managed in accordance with the terms and conditions of this Agreement; provided that such oral Communication is confirmed in writing within a reasonable and timely manner, not to exceed seventy-two (72) hours.

4.7    **Exclusivity**.  Whilst it is contemplated that, from time to time, during the Term, Contractor may render Work for the benefit or account of Spectrum, it is further expressly agreed that nothing contained in this Agreement shall serve to obligate Spectrum to guarantee the purchase, use or lease of Contractor's Work, nor does it obligate Contractor to accept any request from Spectrum to sell or lease its Work.

4.8    **Independent Contractor Status**.  Contractor shall perform the Work for Spectrum and honor its obligations, representations, and warranties herein as an independent contractor.

Spectrum shall have no direction or control over the Work to be performed by Contractor or Contractor's Personnel, except in the results to be obtained. This Agreement does not make either Party the agent or Representative of the other for any purpose or grant any right or authority to directly or indirectly assume or create any express or implied obligation or responsibility on behalf of, or in the name of, the other, or to bind the other in any manner. The actual performance and superintendence of all Work hereunder shall be by Contractor, but Spectrum shall have unlimited access to the operations to determine whether such Work is being performed by Contractor in accordance with all the provisions of this Agreement and any Work Order.

**4.9**     **Louisiana Workers Compensation Act.**

     4.9.1     In all cases where Contractor's employees (defined to include Contractor's direct, borrowed, special or statutory employees) are covered by the Louisiana Workers' Compensation Act, La. R.S. 23:1021 et seq., Spectrum and Contractor agree:

          (a)     that all Work performed by Contractor and Contractor's Personnel pursuant to this Agreement are an integral part of and are essential to the ability of Spectrum to generate Spectrum's goods, products, and services for purposes of La. R.S. 23:1061(A)(1) and

          (b)     that Spectrum is the principal or statutory employer of Contractor's employees for purposes of La. R.S. 23:1061(A)(3). Irrespective of Spectrum's status as the statutory employer or special employer (as defined in La. R.S. 23: 1031 (c)) of Contractor's Personnel, Contractor shall remain primarily responsible for the payment of worker's compensation benefits to its employees, and shall not be entitled to seek contribution for any such payments from Spectrum.

     4.9.2     Additionally, to the extent that this Section 4.9 is applicable to any Work conducted under this Agreement and notwithstanding anything to the contrary in this Agreement or any of its Exhibits, Contractor (i) stipulates and agrees that Spectrum shall be named as an alternate employer under any and all workman's compensation insurance coverage maintained by Contractor and (ii) acknowledges and agrees that the price for said Work includes an amount necessary for Contractor to pay for such alternate employer insured coverage and stipulates and agrees that any such insurer, or the Contractor if self-insured, shall agree, but only to the extent of the indemnity obligations assumed by Contractor herein, to waive any and all rights of subrogation, contribution or indemnity against Spectrum thereunder.

**4.10**     **Environmental**.  Contractor shall comply with applicable environmental regulations of any Governmental Authority, from time to time in force, at all locations where Work is performed for Spectrum. When Contractor performs any of the Work on a Spectrum Work Site, Contractor agrees to observe all environmental regulations of Spectrum from time to time in force. When Contractor performs any of the Work on the Work Site of any third party, Contractor agrees to conduct its performance of the Work in accordance with the environmental regulations of that third party.

**4.11** <u>**Health and Safety.**</u>

    4.11.1 **Policies.** As a condition of execution and continuation of this Agreement and each executed Work Order, Contractor represents to Spectrum that, while any Contractor Personnel are at or on any Spectrum Property, such Contractor Personnel will be subject to and will adhere to any and all policies (written or oral) that are, from time to time, established by OSHA for similar work similar to the Work being carried out by such Contractor Personnel and all health and safety policies of Spectrum from time to time in force that have been provided to Contractor prior to the start of Work. Contractor represents that it will conduct itself and ensure that all Contractor Personnel will conduct themselves in accordance with at least these standards.

    4.11.2 **Right of Search.** Spectrum specifically reserves the right to carry out searches of Contractor Furnished Items, Contractor's vehicles, Contractor Personnel, their personal effects and vehicles when entering, on, or leaving any Spectrum Property. Such searches may be initiated by Spectrum without prior announcement. If, in Spectrum's sole opinion, it is determined that any contraband found as a result of any such search which is in violation of Spectrum's policies, from time to time in force, or any Applicable Law, Spectrum reserves the right to have any such Contractor Furnished Items, Contractor's vehicles, Contractor Personnel, their personal effects and vehicles removed from Spectrum Property by whatever means reasonably necessary. Submission to such a search is strictly voluntary, however, refusal may be cause for not allowing that Contractor Furnished Items, Contractor's vehicles, Contractor Personnel, their personal effects and vehicles onto Spectrum Property. It is Contractor's responsibility to notify Contractor Personnel of this right of search and its enforcement.

    4.11.3 **Termination.** It is understood that the health and safety of all persons, from time to time located any Spectrum Property and protection of any adjacent properties, buildings and/or facilities is of paramount importance and that failure or refusal of Contractor to comply with its obligations in this Section 4.11 shall constitute grounds for the immediate termination of this Agreement.

**4.12** <u>**Safety and Environmental Management System**</u>. Where any Work is being performed on the outer continental shelf (OCS), if the Parties have not done so previously, the Parties shall contemporaneously with the execution of the Work Order for such Work, execute a separate bridging agreement for a Safety and Environmental Management System (**"SEMS"**) (as may be amended, **"Bridging Agreement"**) (including establishment of Safe Work Practices programs and compliance with Spectrum's SEMS program). In the event of any conflict between any such Bridging Agreement on the one hand and this Agreement, such Bridging Agreement shall control. As a principal cause and material inducement to Spectrum's entering into this Agreement with Contractor, Contractor agrees to all the provisions in (and makes all covenants, representations, warranties of Contractor set forth in) such Bridging Agreement.

**4.13** <u>**Subcontractors**</u>. Contractor may only subcontract (or otherwise delegate any Work, or obligation of Contractor, under) this Agreement, in whole or in part, with the prior written consent of Spectrum. The provision by Spectrum of any such consent to any such

subcontracting or delegation, shall not relieve Contractor of any liability for its compliance with the terms of this Agreement and it shall remain liable pursuant to the terms of this Agreement and any Work Order as if no such subcontracting or delegation had occurred and, furthermore, Contractor will ensure person to whom subcontracting or delegation ifs to, shall comply with the terms of this Agreement as if such person was a party to this Agreement and such Work Order and named therein as the Contractor. Contractor shall ensure that all of its contracts with its Subcontractors contain provisions that are in conformity with and no less stringent than the provisions of this Agreement. In addition, Contractor shall remain obligated to Spectrum for its Subcontractors performance as if Contractor performed the Work itself.

4.14 **Bonds and Permits**. In the performance of any Work hereunder, Contractor shall furnish, at its own expense and cost, any and all necessary bonds, permits, licenses, visas, Work permits, or other Governmental Authority approvals for performance of the Work and/or in moving Contractor's Personnel and Contractor Furnished Items into and out of the Work Site or any other location where Work is performed.

4.15 **Spectrum's Right to Suspend**. Spectrum shall have the right to suspend the Work, or any part thereof, at any time at its sole discretion. In the event of such suspension, Contractor shall immediately cease all such suspended Work and Spectrum shall pay Contractor in accordance with this Agreement and the applicable Work Order. No other amounts shall be payable due to or during such suspension. Upon notice by Spectrum of its intention to lift any such suspension, Contractor shall promptly take steps to re-commence the Work under the same terms and conditions of this Agreement and with the same key Contractor's Personnel.

4.16 **Payment upon Suspension**. Upon any suspension in accordance with Section 4.15, Spectrum's liabilities will be limited to payment of all reasonable, legitimate, outstanding, and/or reimbursable expenses, the balance of Contractor's fee up to date of suspension, and all other reasonable and verifiable costs for materials and subcontracted services properly ordered by Contractor and for which Contractor is legally obligated to pay in connection with the Work. Upon suspension, Spectrum's Representative shall be entitled to enter Contractor's facilities and, notwithstanding any lien, take possession of and remove therefrom all Work deliverables. Except as otherwise provided elsewhere herein, Contractor shall not be entitled to payment for Work unperformed at the time of suspension of this Agreement or any Work Order.

5 **REPRESENTATIONS & WARRANTY.**

5.1 **Services Warranty.**

5.1.1 Contractor warrants and represents to the Spectrum Group that all Work, including Work performed by Subcontractors, will be performed: (a) with all due skill, care, and diligence; (b) in accordance with good and sound oil field practices; (c) in a good and workmanlike manner, using skilled, competent, and experienced workmen and supervisors; (d) in strict conformity with the requirements of this Agreement, the applicable Work Order and all Applicable Law; and (e) as economically as possible, with the number of Contractors Personnel and the materials and equipment

reasonably necessary to safely and correctly perform the Work, with due regard for the safety of persons and property.

5.1.2    If any Work or any part thereof is, within thirty (30) days from completion of such Work, found to contain or be subject to any Work Defects, without prejudice to any other remedies available to Spectrum pursuant to this Agreement or otherwise, Contractor will within 30 days of service of any notice on Contractor notifying Contractor of any such Work Defects (each a **"Work Defects Notice"**), perform, at Contractor's expense, such remediation as may be necessary to correct all such Work Defects to the satisfaction of Spectrum.

5.1.3    If Contractor fails to correct any Work Defects within thirty (30) days of service of the Work Defects Notice in respect of such Work Defects, Spectrum shall be entitled to have such Work Defects carried out by its own employees or by third party contractors and to recover from Contractor the total direct and reasonable cost to Spectrum thereof, or may set-off the same from any amounts due or that may become due from Spectrum Group to Contractor.

5.1.4    In respect of any Work, Contractor warrants and represents to the Spectrum Group that such Work will be completed within the time frame set out in the Work Order for such Work or, where not such timeframe is set out, as soon as is reasonably practicable following agreement of such Work Order.

5.1.5    In respect of any Work, Contractor represents and warrants to Spectrum Group that Contractor, its Subcontractors and the Contractors Personnel, will throughout the Term: (a) be in the business of performing Work for the natural gas and oil industry; (b) be duly and properly licensed, permitted, or otherwise authorized under all applicable federal, state and local laws and regulations to perform such Work; (c) be performed with due diligence and without undue delays or interruptions; (d) have the right, patent, license or authority to use and apply any patented, patentable, otherwise protected, or unpatented, device, process, formula, information, knowledge, trade secret, apparatus or method furnished with or used in such Work; and € be fully trained and capable of performing such Work.

5.1.6    **No Other Warranties.** THE REMEDIES SET FORTH IN THIS SECTION 5.1 ARE COMPANY'S SOLE AND EXCLUSIVE REMEDIES FOR BREACH OF THE WARRANTIES PROVIDED IN THIS SECTION 5.1.  EXCEPT AS IS OTHERWISE EXPRESSLY PROVIDED PURSUANT TO THE PROVISIONS OF THIS SECTION 5.1, CONTRACTOR MAKES NO WARRANTY OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING NO IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, REGARDING ANY DELIVERABLES, WORK, SERVICES, RENTAL EQUIPMENT, OR GOODS PROVIDED BY CONTRACTOR GROUP UNDER OR PURSUANT TO THIS AGREEMENT.

**5.2**    **Equipment Warranty.**

5.2.1    Contractor warrants and represents to the Spectrum Group that all Contractor Furnished Items to be installed into, made a part of or incorporated into any facility,

building, or other structure (each being **"Installed Contractor Furnished Items"**), shall be:

(a)     new (unless otherwise specifically stated in the applicable Work Order);

(b)     free from liens or encumbrances of any kind;

(c)     of a grade and quality expected to meet all good and sound industry practices and to meet all specifications of their required use

(d)     free from all defects in workmanship and material, for the longer of: (i) twelve (12) months from the completion of the Works whereby such Contractor Furnished Items are so installed, made a part of or incorporated (as the case may be), (ii) eighteen (18) months from delivery of such Contractor Furnished Items to the relevant Work Location or (iii) as specifically stated in the applicable Work Order.

5.2.2   Where any Installed Contractor Furnished Items do not comply with warranty and representations of Contractor set out in Section 5.2.1, without prejudice to any other remedies available to Spectrum pursuant to this Agreement or otherwise, at Spectrum's sole option, and at Contractor's sole expense, Contractor will promptly repair any defects in such Installed Contractor Furnished Items, or replace such Installed Contractor Furnished Items.  If Contractor fails to repair or replace such Installed Contractor Furnished Items to Spectrum's satisfaction, Spectrum may repair or replace or procure that a third party repairs or replaces such Installed Contractor Furnished Items, the cost of which shall be paid by Contractor, or may set-off such costs from any amounts due or that may become due from Spectrum Group to Contractor.

5.2.3   With respect to any warranties,  representations and/or guarantees Contractor has received from third-party suppliers of such Installed Contractor Furnished Items (each a **"Third-party Warranty"**), Contractor shall assign to Spectrum all such Third-party Warranties and provide Spectrum with copies of all agreements, contracts and other documents setting out the terms of such Third-party Warranties, provided that such assignment of such Third-party Warranties to Spectrum shall not relieve Contractor from the warranties and representations given by Contractor to Spectrum hereunder. Contractor shall not take any action to modify, release, waive, or otherwise discharge any Third-party Warranty without the prior written consent of Spectrum. Contractor shall enforce any such Third-party Warranty on behalf of and for the benefit of Spectrum during performance of the Work and throughout the period described herein, regardless whether the warranty has been assigned to Spectrum hereunder. Spectrum shall nevertheless have the right, but not the obligation, to enforce any such Third-party Warranty itself, and in the case of any Third-party Warranty not yet assigned to Spectrum, Spectrum shall have the right to subrogate to all of Contractor's rights with respect thereto.

5.2.4   **No Other Warranties.** THE REMEDIES SET FORTH IN THIS SECTION 5.2 ARE COMPANY'S SOLE AND EXCLUSIVE REMEDIES FOR BREACH OF THE WARRANTIES PROVIDED IN THIS SECTION 5.2.  EXCEPT AS IS OTHERWISE EXPRESSLY PROVIDED

<u>PURSUANT TO THE PROVISIONS OF THIS SECTION 5.2, CONTRACTOR MAKES NO WARRANTY OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING NO IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, REGARDING ANY DELIVERABLES, WORK, SERVICES, RENTAL EQUIPMENT, OR GOODS PROVIDED BY CONTRACTOR GROUP UNDER OR PURSUANT TO THIS AGREEMENT.</u>

**5.3** **Contractor Representations.**

5.3.1 Contractor hereby expressly represents, warrants, and agrees as follows:

(a) **Environmental, Health & Safety**. Contractor shall comply with all applicable occupational safety and environmental laws and regulations. Without limiting the generality of the foregoing, Contractor shall, prior to commencement of any Work, with reasonable and due diligence, become familiar with Spectrum's safety rules and Spectrum's Work Site and operations including any hazards or dangers attendant thereto. Contractor shall be responsible for compliance with such rules, laws and regulations.

(b) **Disposal of Liquids**. Contractor understands that it is unlawful to dispose of any liquids, solids, or any materials improperly, and that failure to comply with any Governmental Authority and/or any Applicable Law relating to such disposal may result in a substantial penalty. Contractor will comply with all Applicable Laws and all requirements, from time to time, of all Governmental Authorities and all policies of Spectrum Group, in each case, from time to time in force and relating to the disposal of liquids, solids or other materials and Contractor shall not dispose of any liquids, solids or other materials improperly.

(c) **Engineering Works**. With respect to any engineering works forming part of any Work to be performed by Contractor, such Work shall be performed in accordance with generally accepted engineering codes and practices.

(e) **Qualification of Contractor's Personnel**. In respect of any Work or any part thereof requiring to be carried out or performed only by persons with certain certifications or licenses, Contractor shall ensure that only those Contractor's Personnel and/or Subcontractors duly holding or benefitting from such certifications or licenses shall carry out or perform such Work. Contractor shall ensure that all Contractor's Personnel and/or Subcontractors carrying out any Works or any part thereof, will be duly qualified and have sufficient skills and experience, tools and equipment to perform such Work in the applicable jurisdictions.

(f) **Protection of Work and Property**. Contractor will provide the Contractor Furnished Items and all other vehicles (including aircraft), tools machinery, facilities, vessels, and equipment, used by Contractors or any of its Subcontractors in the performance of any Work and otherwise within Contractor's or any of its Subcontractor's control and/or possession at any Spectrum property or any Work Site in good operating condition. Whilst

Contractor or any of its Subcontractors at any Spectrum property or any Work Site, Contractor shall procure that each such Subcontractor shall use all reasonable endeavors prevent damage or loss to the goods, facilities and other property of Spectrum and/or any third parties including to control and prevent fires and blowouts and to otherwise protect the wells and other property of Spectrum Group.

(g) **Work Site Inspection**. In respect of each and every Work Site, Contractor, Contractor's Personnel, and its Subcontractors will fully inspect and examine the condition of each such Work Site, and make a complete and careful examination to determine the difficulties and hazards incident to the performance of the Work, including the local weather conditions, location of the Work Sites, conditions affecting shipping, transportation, access, handling and storage of materials, labor conditions, and all other matters that might affect performance of the Work. If any Work is comprised of engineering, design, or construction, Contractor also represents that it has inspected the Work Sites for all physical limitations on design and construction, and Contractor fully understands the applicable design criteria and parameters for the Work.

(h) **Equal Opportunity Employer**. Contractor is an equal opportunity employer and will not discriminate against any employee or applicant for employment because of race, color, religion, sex national origin, handicap or status as a Vietnam Era Veteran. When applicable, Contractor will comply with Executive Orders 11,246 and 11,635, the Vietnam Era Veterans Readjustment Assistance Act of 1974, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, and all amendments, orders, rules, and regulations issued thereunder or in connection therewith. Contractor certifies that it does not and will not maintain or provide for its employees any facilities that are segregated by race, color, religion, or national origin; or permit its employees to perform any services at any location, under its control, where segregated facilities are maintained; and, if applicable, Contractor will obtain a similar certification for all non-exempt subcontracts, in accordance with the provisions of 41 C.F.R. S 60-1.8.

(i) **Immigration Reform and Control Act**. Contractor certifies that none of Contractor's Personnel who perform Work pursuant to this Agreement or who may do so hereafter are or will be unauthorized aliens as defined in the Immigration Reform and Control Act of 1986 (**"IRCA"**), 38 U.S.C. S 2011 et seq., as amended, and Contractor certifies further that it complies with said statute and the implementing regulations. Contractor further agrees to obtain a certification from its Subcontractors and independent contractors performing Work related to this Agreement that none of their employees are unauthorized aliens as defined by IRCA and that such Subcontractors comply with the statute.

(j) **Anti-terrorism Certification**. No Contractor Group member is or, during the Term, will be (1) in violation of any Anti-Terrorism Law, (2) conducting any

business or engaging in any transaction or dealing with any Prohibited Person, (3) dealing in, or otherwise engaging in any transaction relating to, any property or interest in property blocked pursuant to Executive Order No. 13224, (4) engaging in or conspiring to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate any Anti-Terrorism Law or (5) a Prohibited Person.

Foor the purposes of this Agreement, the following word and phrases shall have the following meanings:

(i) **"Anti-Terrorism Law"** means any law, rule, regulation or order relating to terrorism, anti-terrorism, money laundering or anti-money laundering activities and includes without limitation Executive Order No. 13224 and Title 3 of the USA Patriot Act (Public Law No. 107-56).

(ii) **"Executive Order No. 13224"** means Executive Order No. 13224 on Terrorist Financing effective September 24, 2001, and relating to the *"Blocking Property and Prohibiting Transactions with Persons who Commit or Support Terrorism."*

(iii) **"Prohibited Person"** means (A) a person or entity listed in the Annex to Executive Order No. 13224, (B) a person or entity with whom Spectrum or Contractor is prohibited from dealing or otherwise engaging in any transaction by any Anti-Terrorism Law or (C) a person or entity who is named as a *"specially designated national and blocked person"* on the most current list published by the U.S. Treasury Department Office of Foreign Assets Control at its official website (http://w.w.treasury.gov/ofac/downloads/tl lsdn.pdf) or at any replacement website or other official publication of such list.

(k) **Compliance with Applicable Law**. Contractor shall and shall ensure that each of the Contractor Personnel shall comply with all Applicable Laws and other acts or requirements of any Governmental Authority applicable to this Agreement or any Work provided or undertaken by Contractor pursuant to or in furtherance of this Agreement, including all federal, state and local labor, tax, environmental laws, and the drug testing programs and procedures established by the United States Department of Transportation and the United States Coast Guard. It is understood that all of Contractor's Personnel and Subcontractors shall be subject to drug testing by Spectrum during the performance of any Work Order, including periodic testing, random testing, reasonable cause testing and post-accident testing.

(l) **Intellectual Property**. Contractor owns or has the right to use Intellectual Property, and has procured any necessary licenses or agreements for Contractor Furnished Items comprising the Work. Contractor shall not incorporate into any part of the Work any materials, methods, processes or systems that involve the use of any proprietary information that Contractor

does not have the right to use or that may result in claims or suits against Spectrum for claims of infringement.

(m) **Confidential Information**. Contractor understands that in the performance of the Work contemplated hereunder, Contractor may have access to information considered proprietary and/or confidential by Spectrum. As additional consideration for this Agreement, Contractor agrees that, unless prior written approval by a Representative of Spectrum is granted, it will not disclose to any person, other than to a Representative of Spectrum, any information disclosed to or acquired by Contractor in connection with this Agreement or otherwise considered as confidential by Spectrum and, further, agrees that it will not use such information for purposes other than those contemplated by this Agreement. The Parties acknowledge that the disclosure of any confidential information, except as expressly permitted by this Agreement, will cause irreparable injury for which Spectrum may seek injunctive relief against the breach or threatened breach of this Agreement undertakings regarding confidentiality, in addition to any other legal remedies that may be available.

(n) **Work made for Hire**. Contractor agrees that all reports, records, sketches, drawings diagrams and other documents both (i) directly and exclusively relating to Spectrum or Spectrum's operations and (ii) directly and exclusively related to the Work or any part thereof performed by Contractor (such reports, records, sketches, drawings diagrams and other documents being **"Work Documents"**), whether such Work Documents are obtained from Spectrum, prepared by or on behalf of Contractor, or obtained by Contractor from third parties for the benefit of Spectrum, shall be the exclusive property of Spectrum and all title in such Work Documents shall vest solely in Spectrum. Contractor shall and shall ensure that its Subcontractors shall return and deliver up all Work Documents to Spectrum forthwith upon the termination of this Agreement or upon Spectrum's written request at any time prior to such termination. Contractor also agrees that all Work Documents which are original works, including drawing, specifications, maintenance publications and the like, subject to copyright protection, qualify as *"work made for hire"* under the Copyright Act of the United States of America and as such are assigned to Spectrum.

(o) **Incident Notification**. Contractor shall promptly following and in any event within 72 hours of any accident, incident or occurrence resulting in injuries to Contractor's Personnel or third parties, or damages to property of third parties arising out of, or during the course of performing the Work for Spectrum by Contractor or any Subcontractor, report such accident, incident or occurrence to Spectrum, such report containing all reasonable details of such accident, incident or occurrence. When requested, Contractor shall furnish Spectrum with a copy of non-privileged reports made pursuant to Contractor's insurance agreements or to others, of such accidents, incidents and occurrences, including non-privileged statements or any other non-privileged investigative material and otherwise co-operate fully with

Spectrum's own investigations and remedial actions taken in respect of such accidents, incidents and occurrences.

(p) **Commissions**. Contractor represents and warrants that it shall not pay any fee or commission to any third party for the award of this Agreement or kickback to any employee or Representative of Spectrum any portion of the proceeds to be paid to Contractor hereunder. Without in any way limiting Spectrum's rights under law or as provided in this Agreement, in the event Contractor shall breach these provisions, Spectrum may (i) withhold from sums due and payable to Contractor the amounts of any fees, commissions, or kickbacks paid, or agreed to paid, by Contractor; or (ii) demand and receive from Contractor the amount of any such fees, commissions or kickbacks.

(q) **Illegal Information Brokering**. Contractor recognizes that the practice of illegal information brokering (that is, a practice whereby certain parties approach contractors, vendors, or other suppliers and offer confidential information or illicit influence to obtain business through corruption of competitive bidding processes) is not permitted by Spectrum or its Affiliates. Contractor has not utilized and will not utilize illegal information brokering in connection with this Agreement and will promptly notify Spectrum if anyone approaches Contractor for the purpose of illegal information brokering concerning this Agreement or any related business interest of Spectrum or its Affiliates.

5.3.2 Contractor warrants and represents to each the Spectrum Group that its Subcontractors shall comply with all requirements of this Section 5 to the same extent as required of Contractor herein. It is expressly understood that this Section 5 places no duty upon Spectrum to exercise any rights Spectrum has by virtue of this Section 5 and that Contractor alone is responsible for ensuring its compliance hereunder.

6 **INDEMNITIES AND LIABILITIES.**

6.1 **INDEMNITY FROM CONTRACTOR TO SPECTRUM**. CONTRACTOR HEREBY RELEASES AND SHALL PROTECT, DEFEND, RELEASE, INDEMNIFY, AND HOLD HARMLESS SPECTRUM GROUP, UPON DEMAND, FROM AND AGAINST ANY AND ALL CLAIMS, DAMAGES, AND EXPENSES SUFFERED WITH RESPECT TO:

6.1.1 PERSONAL, EMOTIONAL, PHYSICAL, BODILY AND PSYCHOLOGICAL INJURY (INCLUDING ILLNESS, DISEASE, BODILY INJURY OR DEATH) OF CONTRACTOR GROUP (REGARDLESS OF CAUSE);

6.1.2 LOSS, DAMAGE, OR DESTRUCTION OF CONTRACTOR FURNISHED ITEMS, OR OTHER EQUIPMENT, MATERIALS AND/OR PROPERTY OWNED OR HIRED BY CONTRACTOR GROUP; AND

6.1.3 EXCEPT AS PROVIDED IN AND SUBJECT TO SECTION 6.2 BELOW, THE POLLUTION OR CONTAMINATION OF THE LAND, WATER, AIR OR ENVIRONMENTAL (INCLUDING ALL COSTS AND EXPENSES INCURRED IN CONTROL OR REMOVAL (OR IN

CONNECTION WITH ANY ACTION REQUIRED BY A GOVERNMENTAL AUTHORITY) THAT ARISE OR RESULT FROM SPILLS, LEAKS, DISCHARGES OR RELEASES OF FUELS, LUBRICANTS, MOTOR OILS, PIPE DOPE, PAINTS, COATINGS, SOLVENTS, BILGE, GARBAGE OR HAZARDOUS MATERIALS) DIRECTLY EMANATING FROM CONTRACTOR GROUP'S PROPERTY OR EQUIPMENT WHILE SUCH PROPERTY OR EQUIPMENT IS IN THE POSSESSION, CUSTODY AND CONTROL OF CONTRACTOR GROUP,

ARISING OUT OF THE PERFORMANCE OR NON-PERFORMANCE BY CONTRACTOR GROUP OF ITS OBLIGATIONS PURSUANT TO THIS AGREEMENT, ANY WORK ORDER, ANY BRIDGING AGREEMENT, OR ANY PRESENCE ON ANY PREMISES (OR MODE OF TRANSPORTATION) IN CONNECTION THEREWITH OF ANY EMPLOYEES, OFFICERS, AGENTS, SUBCONTRACTORS OR OTHER PERSONNEL OF THE CONTRACTOR GROUP, REGARDLESS OF THE ACTUAL OR ALLEGED CAUSE, FAULT OR RESPONSIBILITY, BUT NOT FOR CLAIMS TO THE EXTENT ARISING FROM SPECTRUM GROUP'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT.

**6.2** **INDEMNITY FROM SPECTRUM TO CONTRACTOR**.  SPECTRUM HEREBY RELEASES AND SHALL PROTECT, DEFEND, RELEASE, INDEMNIFY, AND HOLD HARMLESS CONTRACTOR GROUP, UPON DEMAND, FROM AND AGAINST ANY AND ALL CLAIMS, DAMAGES, AND EXPENSES SUFFERED MTH RESPECT TO:

6.2.1 PERSONAL, EMOTIONAL, PHYSICAL, BODILY AND PSYCHOLOGICAL INJURY (INCLUDING ILLNESS, DISEASE, BODILY INJURY OR DEATH) OF SPECTRUM GROUP (REGARDLESS OF CAUSE);

6.2.2 LOSS, DAMAGE, OR DESTRUCTION OF EQUIPMENT, MATERIALS AND/OR PROPERTY OWNED OR HIRED BY SPECTRUM GROUP; AND

6.2.3 EXCEPT AS PROVIDED IN AND SUBJECT TO SECTION 6.1 ABOVE, THE POLLUTION OR CONTAMINATION OF THE LAND, WATER, AIR OR ENVIRONMENTAL (INCLUDING ALL COSTS AND EXPENSES INCURRED IN CONTROL OR REMOVAL (OR IN CONNECTION WITH ANY ACTION REQUIRED BY A GOVERNMENTAL AUTHORITY) THAT ARISE OR RESULT FROM SPILLS, LEAKS, DISCHARGES OR RELEASES OF FUELS, LUBRICANTS, MOTOR OILS, PIPE DOPE, PAINTS, COATINGS, SOLVENTS, BILGE, GARBAGE OR HAZARDOUS MATERIALS) EMANATING FROM SPECTRUM GROUP'S PROPERTY OR EQUIPMENT,

ARISING OUT OF THE PERFORMANCE OR NON-PERFORMANCE BY SPECTRUM GROUP OF ITS OBLIGATIONS PURSUANT TO THIS AGREEMENT, ANY WORK ORDER, ANY BRIDGING AGREEMENT, OR ANY PRESENCE ON ANY PREMISES (OR MODE OF TRANSPORTATION) IN CONNECTION THEREWITH OF ANY EMPLOYEES, OFFICERS, AGENTS, SUBCONTRACTORS OR OTHER PERSONNEL OF THE SPECTRUM GROUP, REGARDLESS OF THE ACTUAL OR ALLEGED CAUSE, FAULT OR RESPONSIBILITY, BUT NOT FOR CLAIMS TO THE EXTENT ARISING FROM CONTRACTOR GROUP'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT.

**6.3** **WAIVER OF CONSEQUENTIAL DAMAGES**.  IN NO EVENT SHALL EITHER PARTY BE RESPONSIBLE TO THE OTHER (OR HEREUNDER TO SUCH OTHER PARTY'S GROUP) FOR SPECIAL, INCIDENTAL, EXEMPLARY, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING LOSS OF PROFITS, LOSS OF PRODUCTION, LOSS OF USE AND LOSS

RESULTING FROM FAILURE TO MEET OTHER CONTRACTUAL COMMITMENTS OR DEADLINES OR DOWNTIME OF FACILITIES OR VESSELS) ARISING OUT OF OR IN ANY WA Y RELA TED DIRECTLY OR INDIRECTLY TO THE WORK OR THIS AGREEMENT, HOWEVER CAUSED AND WHETHER BASED ON NEGLIGENCE, UNSEAWORTHINESS, UNAIRWORTHINESS, BREACH OF WARRANTY, BREACH OF CONTRACT, STRICT LIABILITY OR OTHERWISE. EACH PARTY HEREBY WAIVES ANY AND ALL CLAIMS AGAINST AND RELEASES THE OTHER PARTY AND ITS GROUP FOR SUCH DAMAGES.

**6.4** **GOVERNMENTAL FINES AND PENALTIES**. CONTRACTOR ASSUMES FULL RESPONSIBILITY FOR AND AGREES, ON DEMAND, TO RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS SPECTRUM GROUP FROM AND AGAINST ALL LOSSES RELATED TO, RESULTING FROM OR IN CONNECTION WITH GOVERNMENTAL FINES, ASSESSMENTS OR PENALTIES, INCLUDING WITHOUT LIMITATION, ANY BY THE UNITED STATES COAST GUARD AND/OR THE MINERALS MANAGEMENT SERVICE WHICH ARISES OUT OF, IN CONNECTION WITH, INCIDENT TO OR RESULTS DIRECTLY OR INDIRECTLY FROM ANY WORK AND/OR ANY CONTRACTOR FURNISHED EQUIPMENT, BUT ONLY TO THE EXTENT SUCH LOSSES ARE CAUSED BY THE NEGLIGENCE, STRICT LIABILITY OR FAULT OF ANY MEMBER OF CONTRACTOR GROUP.

**6.5** **INTELLECTUAL PROPERTY INFRINGEMENT**. CONTRACTOR SHALL PROTECT, DEFEND, RELEASE, INDEMNIFY, AND HOLD HARMLESS SPECTRUM GROUP FROM AND AGAINST ANY AND ALL CLAIMS, DAMAGES, AND EXPENSES ARISING FROM ACTUAL INFRINGEMENT OR MISAPPROPRIATION OF ANY INTELLECTUAL PROPERTY BY CONTRACTOR GROUP IN CONNECTION WITH THE MANUFACTURE, SALE, USE OR OTHER DISPOSITION OF ANY CONTRACTOR FURNISHED ITEMS HEREUNDER, OR THE PERFORMANCE OF ANY WORK, OR PART THEREOF, BY CONTRACTOR GROUP. IF, BY REASON OF ANY CLAIM CONCERNING INTELLECTUAL PROPERTY, CONTRACTOR OR COMPANY IS ENJOINED FROM USING ANY CONTRACTOR FURNISHED ITEMS OR PART THEREOF, CONTRACTOR, AT ITS OWN EXPENSE, SHALL DILIGENTLY PROCURE THE RIGHT TO USE SUCH CONTRACTOR FURNISHED ITEMS, OR SUBSTITUTE EQUIVALENT BUT NON-INFRINGING CONTRACTOR FURNISHED ITEMS, OR MODIFY THE CONTRACTOR FURNISHED ITEMS TO MAKE IT NON-INFRINGING BUT AT LEAST EQUIVALENT TO THE INFRINGING EQUIPMENT AND/OR OPERA TION.

**6.6** **CONTRACTUAL PERFORMANCE INDEMNITY**. CONTRACTOR SHALL, ON DEMAND, PROTECT, DEFEND, RELEASE, INDEMNIFY, AND HOLD HARMLESS THE SPECTRUM GROUP FROM AND AGAINST ALL CLAIMS, DAMAGES, AND EXPENSES ARISING FROM THE CONTRACTOR'S BREACH OF REPRESENTATIONS AND WARRANTIES GIVEN BY CONTRACTOR IN THIS AGREEMENT OR ANY WORK ORDER AND/OR ANY BREACH OF THE TERMS OF THIS AGREEMENT RELATING TO INSURANCE, TAXES, LIENS, CONFIDENTIALITY, BUT ONLY TO THE EXTENT SUCH CLAIMS, DAMAGES AND EXPENSES ARE CAUSED BY THE NEGLIGENCE, FAULT OR WILLFUL MISCONDUCT OF CONTRACTOR. FURTHERMORE, WHERE PURSUANT TO THE TERMS OF THIS AGREEMENT CONTRACTOR IS OBLIGED TO RE-IMBURSE ANY MEMBER OF SPECTRUM GROUP FOR ANY AMOUNTS, CONTRACTOR SHALL, ON DEMAND, PAY PROTECT, DEFEND, RELEASE, INDEMNIFY, AND HOLD HARMLESS THE SPECTRUM GROUP FROM AND AGAINST ALL SUCH AMOUNTS. IN THE EVENT THAT LIABILITY FOR ANY LOSS OR DAMAGE BE DENIED BY ONE OR MORE OF CONTRACTOR'S INSURERS, IN WHOLE OR IN PART, DUE TO A BREACH OF ANY OF THE REQUIRED

INSURANCE POLICIES BY CONTRACTOR, OR FOR ANY OTHER REASON, INCLUDING THE BANKRUPTCY, INSOLVENCY OR LIQUIDATION OF THE INSURER PROVIDING ANY OR ALL OF THE REQUIRED INSURANCE POLICIES, OR IF CONTRACTOR FAILS TO MAINTAIN ANY OF THE REQUIRED INSURANCE POLICIES, CONTRACTOR SHALL, ON DEMAND, HOLD HARMLESS, DEFEND AND INDEMNIFY SPECTRUM AGAINST ALL CLAIMS, DEMANDS, COSTS AND EXPENSES, INCLUDING REASONABLE ATTORNEYS' FEES, THAT WOULD OTHERWISE BE COVERED BY SUCH REQUIRED INSURANCE POLICIES AND ANY OTHER DAMAGES RESULTING FROM CONTRACTOR'S FAILURE TO MAINTAIN ANY OR ALL OF THE REQUIRED INSURANCE POLICIES. LIKEWISE, IN THE EVENT THAT LIABILITY FOR ANY LOSS OR DAMAGE BE DENIED BY ONE OR MORE OF SPECTRUM'S INSURERS, IN WHOLE OR IN PART, DUE TO A BREACH OF ANY OF THE REQUIRED INSURANCE POLICIES BY SPECTRUM, OR FOR ANY OTHER REASON, INCLUDING THE BANKRUPTCY, INSOLVENCY OR LIQUIDATION OF THE INSURER PROVIDING ANY OR ALL OF COVERAGE TO SPECTRUM, OR IF SPECTRUM FAILS TO MAINTAIN ANY OF INSURANCE COVERAGE AFFORDING INDEMNITY PROTECTIONS TO CONTRACTOR GROUP UNDER THIS AGREEMENT, SPECTRUM SHALL, ON DEMAND, HOLD HARMLESS, DEFEND AND INDEMNIFY CONTRACTOR GROUP AGAINST ALL CLAIMS, DEMANDS, COSTS AND EXPENSES, INCLUDING REASONABLE ATTORNEYS' FEES, THAT WOULD OTHERWISE BE COVERED BY SUCH INSURANCE POLICIES AND ANY OTHER DAMAGES RESULTING FROM SPECTRUM'S FAILURE TO MAINTAIN ANY OR ALL OF SUCH INSURANCE POLICIES.

6.7     **Texas Anti-Indemnity Act**.  In the event the provisions in this Section 6 are subject to the Texas Anti-Indemnity Act (Chapter 127, Texas Civil Practice & Remedies Code as the same may be amended from time to time) either directly or as adopted as federal law under the Outer Continental Shelf Lands Act, both Parties agree that:

6.7.1   In order to be in compliance with the Texas Anti-indemnity Act regarding indemnification mutually assumed for the other Party's sole or concurrent negligence, (i) each Party agrees to carry supporting insurance of the types and in at least the amounts as specified in Exhibit B hereto and (ii) the Patties agree that the indemnity obligations under Sections 6.1 and 6.2 above are limited to the extent of the coverage and dollar limits of insurance or qualified self insurance as specified in Exhibit B hereto, which each Party as indemnitor has agreed to obtain for the benefit of the other Party and its Group as indemnitees.

6.7.2   If the Party owing indemnity does not carry insurance in the minimum amounts as specified in Exhibit B hereto to support the mutual indemnity obligations, or the indemnitor's insurer becomes insolvent, or the indemnitor's insurer refuses to cover a claim based on breach of the insurance contract by the indemnitor, or in the event the indemnitor's insurance is exhausted for any reason below the minimum levels as specified in Exhibit B hereto (even on the same incident paid on behalf of the indemnitor or any person or entity other than the indemnitee), then the Party owing indemnity has approved self insurance under the Texas Anti-Indemnity Act to cover the amount of indemnity owed to the indemnitee up to the minimum amounts as specified in Exhibit B hereto. It is the intention of the Parties that the Party to whom indemnity is owed will receive the benefit of such indemnity regardless of what may happen after this Agreement is signed that might affect the insurance required to be obtained by the Party owing the indemnity.

6.8   **Notification**.  Each Party shall promptly notify the other in writing of any Claim for which a Party claims to be entitled to indemnification under this Agreement, but a failure to give such notice will affect the obligations of the indemnifying Party hereunder only to the extent that such failure actually and materially prejudices the indemnifying Party.

6.9   **Statement of the Parties' Intention**.  A principal purpose of this Agreement between the Parties is to have one set of contractual terms as a master service agreement that applies to the different projects performed by Contractor for Spectrum, instead of both Parties spending time, money and effort to negotiate unique legal terms for each location where Contractor performs Work. It is the Parties' intentions that this Agreement be interpreted under the Choice of Law prescribed in Section 11, and the Parties have drafted language in this Agreement, including the indemnity language, with the belief and intent that it fully complies with and is completely enforceable under the law, and is to be construed as broad in scope as permissible by law. In the event that, contrary to the Parties' stated intentions to have fully enforceable indemnities, a court determines that any of the indemnity obligations under this Agreement are invalid, illegal, or unenforceable in any respect, these obligations shall be subject only to those exception and limitations required for the indemnity to be and remain valid and enforceable under the law. The indemnities contained herein shall apply notwithstanding any breach by either Party of any of the other terms and conditions of this Agreement.

6.10  **Relationship between Insurance and Indemnification Obligations**.  Insurance covering Contractor's indemnity obligations under this Agreement shall be provided by Contractor. The minimum insurance limits set forth in this Agreement shall not limit Contractor's indemnity obligations except to the extent expressly mandated by Applicable Law.

6.11  **Defense**.  Subject to the next sentence, each Party shall have the right, at its option, to participate at its own expense in the defense of any Claim without releasing the other Party from any indemnity and defense obligations hereunder. Contractor shall not negotiate, settle, compromise or fulfill any requirements by a Governmental Authority without the express approval of Spectrum, and Spectrum shall have the right to participate in any and all meetings relevant to the investigation or remediation of a violation of Environmental Laws or arising from Contractor's use, handling or storage of Hazardous Materials.

6.12  **Effectiveness**.  The provisions of this Section 6 shall be given effect even if the cause and/or defect existed before the Effective Date. In the event of loss or damage sustained by any person or entity who is neither a Spectrum Group member nor a Contractor Group member and such loss or damage does not come within the scope of any of this Section 6, such loss and/or damages shall be solely the responsibility (and for the account of) each Party solely to the extent of its negligence or fault. For the purpose of this Section 6, the term **"employee"** shall include Contractor where Contractor is a self-employed individual performing the Work contemplated hereunder.

6.13  **Relationship with Third Party Indemnities**.  In the event that one Party (**"Party A"**) owes indemnity and defense to a third person or entity by virtue of this Agreement and the other Party (**"Party B"**) owes (directly or indirectly) indemnity and/or defense obligations to the same third person or entity by virtue of any other agreement or by operation of law, Party A (and its insurers) will satisfy its indemnity and defense obligations under this Agreement to

the same third person or entity without seeking recoupment, sharing, contribution or other recovery from Party B or its insurers.

## 7    INSURANCE.

7.1    **Contractor's Minimum Insurance Requirements**.  Without in any way limiting the obligations and/or liabilities of Contractor pursuant to this Agreement or any Work Order, prior to the Effective Date, Contractor shall procure, or cause to be procured, and shall maintain, at its sole cost and expense, policies of insurance of the types, in the amounts and otherwise complying with the details set out in Exhibit B to this Agreement (the **"Required Insurance Policies"**).  The Contractor will ensure that the Required Insurance Policies are taken out and maintained with solvent insurance companies, which are reasonably acceptable to Company and which are authorized to do business in the jurisdictions where the Work is generally expected to be performed.  Contractor shall ensure that the Required Insurance Policies shall be maintained, without interruption, throughout the entire Term of this Agreement, or, if longer, throughout the entire period from the Effective Date until the termination or expiry of the last Work Order Term to terminate or expire.  Contractor shall ensure that none of the Required Insurance Policies shall be permitted to lapse, be canceled, altered or amended without Contractor and the underwriters of any such lapsing, canceled, altered or amended Required Insurance Policy giving at least thirty (30) days' prior written notice to Spectrum.  Contractor shall provide Spectrum with a standard ACORD form certificate of insurance for all required insurance coverages, terms, conditions, and limits as noted in Exhibit B.

7.2    **Certificate of Insurance**.  Before commencing any Work under this Agreement and annually thereafter, and whenever, from time to time, requested by Spectrum, Contractor shall provide or cause the carriers of the Required Insurance Policies to provide Spectrum a Certificate of Insurance evidencing that all of the Required Insurance Policies are, or, as the case may be, remain, in full force and effect.  In no event shall Spectrum's acceptance of an insurance certificate that does not comply with the terms herein, constitute a waiver of any requirement in this Section 7.

7.3    **Failure to Comply**.  Failure by Contractor to: (a) secure and maintain any of the Required Insurance Policies in accordance with this Section 7, (b) comply fully with its other obligations in respect of insurance pursuant to the terms of this Agreement, or (c) to secure any or all endorsements on the Required Insurance Policies as may be necessary to carry perform and deliver or otherwise comply with its obligations pursuant to this Agreement and each Work Order, shall in no way act to relieve Contractor from its obligations pursuant to this Agreement and each Work Order, any provisions hereof to the contrary notwithstanding.

7.4    **Relationship between Insurance and Indemnity Obligations**.  Except as provided otherwise in Section 6.7 above, (a) the insurance obligations of Contractor required by this Section 7 are separate from and are in no way intended to limit Contractor's indemnity obligations under Section 6; (b) the indemnity and insurance obligations contained herein are separate and apart from each other, such that failure to fulfill the indemnity obligations does not alter or eliminate the insurance obligations or vice-versa; and (c) the insurance obligations shall support but shall not in any way limit the defense and indemnity obligations set forth herein.

## 8    TERM, TERMINATION OF THIS AGREEMENT.

8.1    **Term**.  This Agreement shall come into full force and effect on the Effective Date and shall continue in full force and effect until it is terminated in accordance with the provisions of Sections 8.2, 8.3 or 8.4.  The period from and including the Effective Date until and including the date of such termination being the **"Term"**).

8.2    **Termination of this Agreement by Notice**.  Either Party may from time to time, with or without cause, terminate this Agreement by giving the other party at least thirty (30) days' prior written notice of such termination.

8.3    **Termination of this Agreement for Default**.  If Contractor should be or become in default of any of Contractor's obligations pursuant to the terms of this Agreement and/or any Work Order, Spectrum may, by notice in writing to Contractor, without prejudice to any other rights or remedies it may have under this Agreement, any Work Order or otherwise at law or equity, immediately terminate this Agreement, together with any or all Work Order(s) where the Work Order Term is on-going at the time of such default.

8.4    **Termination of this Agreement for Insolvency/Bankruptcy**.  Upon the occurrence of any Contractor Insolvency Event or at any time thereafter, Spectrum shall have the right to terminate this Agreement by notice in writing to Contractor (such termination to be effective on the date set out in such notice or, if no date is set out in such notice, immediately).

**8.5**    **Effect of Termination of this Agreement**

8.5.1    Notwithstanding any purported termination of this Agreement in accordance with the provisions of this Sections 8.2, 8.3 or 8.4, if, as at the date of such purported termination, any Work Order Term of one or more Work Order(s) is then on-going, this Agreement shall remain in full force and effect and the "Term" shall be deemed to continue until each and every such Work Order Term expires or is duly terminated.

8.5.2    Neither Party shall, as a result of the termination of this Agreement, be relieved of its respective obligations and/or claims or liabilities arising out of, or incident to, or in connection with this Agreement where such obligations or the cause(s) of action for such claims or liability arose prior to the termination of this Agreement and the provisions of this Agreement relating to the enforcement of such obligations and/or such claims and liabilities shall continue until all such obligations are fulfilled and/or or such claims and liabilities are finally determined.

## 9    TERM AND TERMINATION OF WORK ORDERS.

9.1    **Work Order Term**.  In respect of a Work Order, such Work Order come into full force and effect on the Effective Date and shall continue in full force and effect until either (a) each of Contractor and Spectrum have fulfilled their respective obligations pursuant to such Work Order, when such Work Order will expire or (b) it is either terminated in accordance with the provisions of Sections 9.2, 9.3 or 9.4.  The period from and including the date of such execution of such Work Order until and including the date of such expiry or termination being the **"Work Order Term"**.

**9.2** **Termination of a Work Order by Notice.**

9.2.1 In respect of any Work Order, Spectrum shall have the right to immediately or on such period as Spectrum may specify) terminate the performance and delivery of all or part of the Work to be performed or delivered by Contractor pursuant to such Work Order (such Work whose performance and delivery is being so terminated being the **"Terminated Work"**) by giving written notice of such termination to Contractor, provided that any such notice shall include details of the Terminated Work and the date of such termination. If Spectrum exercises its right to terminate the performance and delivery of ant Terminated Work pursuant to this Section 9.2.1, Contractor shall:

(a) cease the performance and delivery all such Terminated Work on set out in such notice;

(b) turn over all of the Terminated Work to Spectrum in accordance with Spectrum's instructions.

If the Terminated Work is only part (but not all) of the Work under such Work Order, Contractor shall cease the performance and delivery of the Terminated Work in accordance with this Section 9.2.1 but shall continue with the remainder of the Work to be performed and delivered under such Work Order in accordance with the terms of such Work Order.

9.2.2 Upon termination of the performance and delivery of any Terminated Work in accordance with Section 9.2.1, Spectrum's liabilities will be limited to payment of:

(a) all reasonable, legitimate, outstanding reimbursable expenses incurred as at the date of such termination;

(b) any part of the fee due to Contractor in respect of the Terminated Work and referrable to Work completed in respect or the Terminated Work as at the date of such termination; and

(c) all other reasonable and verifiable costs for materials and subcontracted services properly ordered by Contractor and for which Contractor is legally obligated to pay in connection with the Terminated Work.

Except as otherwise provided in this Section 9.2.2, Contractor shall not be entitled to any payment in respect of the Terminated Work, which is unperformed at the time of such termination.

**9.3** **Termination of a Work Order for Default**. A Work Order may be terminated for the default of Contractor in accordance with Section 8.3 and the provisions of Section 8.3 shall apply to any such termination of such Work Order.

**9.4** **Termination of a Work Order for Insolvency/Bankruptcy**. Upon the occurrence of any Contractor Insolvency Event or at any time thereafter, Spectrum shall have the right to terminate any or all Work Orders where the Work Order Term for any such Work Orders is on-

going, by notice in writing to Contractor (such termination to be effective on the date set out in such notice or, of no date is set out in such notice, immediately).

9.5 **Effect of Termination of this Agreement**.  Neither Party shall, as a result of the expiry or termination of any Work Order, be relieved of its respective obligations and/or claims or liabilities arising out of, or incident to, or in connection with such Work Order where such obligations or the cause(s) of action for such claims or liability arose prior to the termination of such Work Order and the provisions of this Agreement and such Work Order relating to the enforcement of such obligations and/or such claims and liabilities shall continue until all such obligations are fulfilled and/or or such claims and liabilities are finally determined.

## 10    PAYMENT, TAXES & LIENS

**10.1    Fee, Expenses and Payment.**

10.1.1  In respect of the Work set out in a Work Order, Contractor shall be compensated for the due performance and delivery of such Work by payment by Spectrum, of the fee specified in such Work Order (each such fee being a **"Fee"**).

10.1.2  The amount each Fee to be paid by Spectrum shall in all cases be only that amount agreed to by Spectrum, provided however, that the amount of such Fee shall never exceed Contractor's usual and customary charges for work, jobs, services, goods, deliverables, duties and/or other activities of the same type as Work, in the locality where the Work is to be performed and in respect of which the Fee is to be paid.

10.1.3  Each Fee shall be payable in accordance with the terms of this Agreement and such Work Order.

10.1.4  Spectrum shall be liable to re-imburse and/or pay Contractor for the costs and expenses that are duly incurred by Contractor in the performance and delivery of such Works and where such re-imbursement and/or payment is explicitly agreed to in such Work Order (each a **"Reimbursable Expense"**), all other costs and expenses incurred by Contractor in the performance and delivery of such Works shall be for Contractor's account.

**10.2    Valid Invoices.**

10.2.1  In respect of any Fee or part of any Fee that becomes duly payable in respect of all or part of the Work set out in a Work Order and/or any or the Reimbursable Expense that is duly paid by Contractor, unless otherwise specified within such Work Order, Contractor shall deliver an invoice for such Fee or part Fee and/or such Reimbursable Expense to Spectrum, at the address set out in such Work Order, together with the details and information required to accompany such invoice (as set out in this Agreement and/or such Work Order), on or before the tenth day of the calendar month following the calendar month during which such Fee or part Fee becomes payable and/or such Reimbursable Expense is paid by Contractor.  Contractor may not deliver an invoice to Spectrum in respect of a Fee or part Fee prior to the date on which such Fee or part Fee becomes duly payable nor may Contractor deliver an

invoice to Spectrum in respect of a Reimbursable Expense prior to the date on which such Reimbursable Expense is duly paid by Contractor.

10.2.2 All such invoices shall: (a) contain sufficient detail to support all charges, including Spectrum approvals, names, locations, dates, and times, (b) include clear reference to this Agreement, the Work Order and AFE numbers and (c) such other information may be required by such Work Order; (d) separately state any and all applicable consumption tax, sales tax, or value added tax. Excluding audit rights, no invoice received more than one hundred and twenty (120) days after the termination of the applicable Work Order shall be valid, and no payment shall be due from Spectrum to Contractor therefor.

10.2.3 In respect of any invoice duly delivered to Spectrum in accordance with Section 10.2.1, unless otherwise set out in the Work Order applicable to the Fee or part Fee and/or Reimbursable Expense to which such invoice relates, each such invoice shall be payable by the end of the calendar month following the calendar month during which such Fee or part Fee becomes payable and/or such Reimbursable Expense is paid by Contractor.

10.3 **Disputed Invoices**. Spectrum shall have the right to dispute any amount (the **"Disputed Amount"**) contained in any invoice submitted to it by Contractor in accordance with this Agreement or any Work Order. In the event of any such dispute, Spectrum shall give notice to Contractor of such dispute and Spectrum shall have the right to withhold the Disputed Amount from any payment otherwise due in respect of such invoice, without interest accruing thereupon. Upon any such notice of any such dispute, Contractor will either furnish Spectrum with satisfactory proof as to the Disputed Amount or modify or withdraw such the amounts which are subject to such invoice. The payment by Spectrum of any invoice (in whole or in part) submitted to it by Contractor in accordance with this Agreement or any Work Order, shall not preclude or limit Spectrum's right to dispute any amount contained in such invoice and forthwith upon notice from Spectrum of any dispute in relation to any amount previously paid by Spectrum, Contractor will either furnish Spectrum with satisfactory proof as to the validity of such amount or modify or withdraw such the amounts which are subject to such invoice and re-imburse Spectrum accordingly.

10.4 **Right to Offset**. As to any monies due or owing to Spectrum by Contractor under this Agreement, Spectrum shall have the right to deduct such monies from any amount due or owing to or that may become due or owing to Contractor under this Agreement. In the event insufficient amounts are available for full offset by Spectrum, then Contractor, upon receipt of Spectrum's written notice of Contractor's outstanding obligations hereunder, shall promptly remit to Spectrum all amounts due and owing pursuant to the terms of this Agreement.

**10.5** <u>**Right to Audit**</u>.

    10.5.1 Contractor shall and shall procure that each of its Subcontractors shall maintain complete, correct and confidential information and records pertaining to all aspects of the Works performed hereunder, including, on a daily basis:

        (a)    the names of Contractor's Personnel and Subcontractors involved or engaged in the performance and delivery of the Works and in respect of each such person:

            (i)    the starting and ending times for each such person in their respective involvement or engagement in the performance and delivery of the Works;

            (ii)    their respective travel times to and from the Works Site; and

            (iii)    the type of Work performed by each such person;

        (b)    the materials used Contractor and/or each of its Subcontractors performance and delivery of the Works;

        (c)    any and all Contractor Furnished Items used in the performance and delivery of the Works; and

        (d)    all other records that are subject to inspection pursuant to the terms of this Agreement and/or any Work Order,

    such information and records being referred to as the **"Contractor Records"**.

    10.5.2 Contractor shall maintain the Contractor Records for at least three (3) years after completion of the Work covered by each Work Order and, on written demand of Spectrum, shall forthwith deliver up copies of the Contractor Records to Spectrum.

    10.5.3 Spectrum (through its employees, officers and professional advisers) may audit and/or inspect any books and records of Contractor and/or any of its Subcontractors relating directly or indirectly to any or all of the Work, any and all services performed pursuant to this Agreement or any Work Order, any or all of Contractor Furnished Items and the prices or rates charged therefor; provided however, Contractor and any of its Subcontractors shall have the right to exclude from such audit and/or inspection any trade secrets, formulas or processes which are not the property of Spectrum. Contractor shall and shall procure that each of its Subcontractors shall comply with any request, from time to time, made by Spectrum to carry out any such audit or inspection and provide reasonable assistance to Spectrum in respect of any such audit or inspection including providing access to Spectrum to its books and records and to its Contractor Personnel.

**10.6** <u>**Taxes**</u>. Contractor assumes full and exclusive responsibility and liability for, and shall ensure that its Affiliates and Subcontractors are responsible and liable for, timely filing all

returns and promptly paying when due all Taxes, levies, fees, duties, assessments and other similar charges measured, based, or imposed upon or with respect to:

10.6.1 Contractors invoices, receipts, income, or profits in connection with Contractor's performance under this Agreement and all Work Orders;

10.6.2 Contractors obligations under this Agreement and all Work Orders;

10.6.3 Contractor's Personnel and Contractor Furnished Items.

Contractor shall and shall ensure that its Affiliates and Subcontractors pay and discharge all above-mentioned charges and will comply with all Governmental Authorities with reference to Contractor's Personnel engaged in the performance of any of the Work hereunder.

10.7 **Liens**.  Other than for amounts due hereunder by Spectrum to Contractor for Work properly performed, Contractor, its Affiliates, and Subcontractors shall not claim (or allow to be asserted) any lien, attachment, charge or the like on the Work or on any property of Spectrum Group.  Contractor shall pay and discharge any and all liens, lienable claims and encumbrances imposed or to be imposed by law on Spectrum, arising out of, in connection with, or resulting from the Work performed hereunder.  If, upon the completion of the Work covered by any Work Order, Spectrum shall have cause to believe that there are unsatisfied claims for labor, materials, services, or liens, Spectrum may by written demand request and forthwith upon any such demand Contractor shall furnish, proof satisfactory to Spectrum that such claims are satisfied or discharged, including providing lien waivers to Spectrum's satisfaction. Contractor shall promptly notify Spectrum of any possible lien, attachment, encumbrance or claim that may affect the Work.  No payment shall be due from Spectrum until Contractor has provided satisfactory evidence that all of its Subcontractors have been paid in full.  In the event claims and liens for labor and materials are not fully paid or discharged by Contractor, Spectrum may satisfy such claims or discharge such liens from such payments due to Contractor. Contractor shall reimburse Spectrum for all payments made and all expenses incurred, including reasonable attorneys' fees and court costs, in connection therewith.

## 11    APPLICABLE LAW.

11.1 **Governing Law**.  The Parties agree and stipulate that the General Maritime Law of the United States of America shall govern the interpretation of this Agreement and the relationship of the Parties to the exclusion of other law. Solely in the event that the General Maritime Law of the United States of America is determined by a court of competent jurisdiction not to be applicable (or incorporates the law of a State), then the Parties agree and stipulate that this Agreement and the relationship of the Parties shall be governed by the law of the State of Louisiana, not including its conflict of law rules that might otherwise refer to the law of another forum or jurisdiction.

11.2 **Personal Contract**.  This Agreement shall be deemed to be a personal contract of Contractor, which waives all benefits of the Shipowners Limitation of Liability Act, 46 U.S.C. S 183, et seq., as to Spectrum. Neither Contractor nor its underwriters shall be entitled to claim the benefits of such limitation of liability statute in respect of Damages, Claims (including for indemnity, defense or otherwise) or Expenses asserted or incurred by

Spectrum. The purpose of this Section 11.2 is to insure by specific contractual agreement that the Spectrum is able to enforce all indemnity obligations and insurance coverages for its benefit under this Agreement to the maximum extent permitted by law. Nothing in this Section 11.2 is intended to prevent Contractor or its underwriters from asserting applicable limitation of liability defenses against losses, demands, or claims by third parties not specifically defined as Spectrum or Spectrum Group.

11.3 **Remedies**.  In the event of a breach of this Agreement or a default by Contractor, Spectrum shall have the right to any remedy at law or in equity. All such remedies shall be cumulative, and the waiver of one right or remedy hereunder shall not constitute the waiver of any other right of remedy herein.

11.4 **Attorneys' Fees**.  If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing Party shall be entitled to its reasonable attorneys' fees, court costs, and costs of litigation, in addition to any other remedy to which that Party may be entitled.

12 **GENERAL.**

12.1 **Force Majeure**.  Except for the duty of Spectrum or Contractor to make payments hereunder when due and the indemnification and defense obligations arising hereunder, neither Party shall be liable to the other for failure to perform any obligations hereunder when either Party's performance is prevented, delayed, or rendered impossible by a condition of Force Majeure. In the event either Party is rendered unable, wholly or in part, by a Force Majeure event to perform its obligations under this Agreement, such Party shall give timely written notice to the other Party detailing the Force Majeure event and those obligations to be suspended during Force Majeure and the affected Party shall thereupon use every reasonable effort to overcome the effects of such Force Majeure event in all good faith. For any period in which Work is suspended because of Force Majeure, unless otherwise provided in the Work Order, all rates shall be suspended and there shall be no payment therefor except for the Work already performed. Neither Party shall, however, be relieved of liability for failure of performance due to a claimed Force Majeure event hereunder if such failure is due to causes arising out of its own negligence or to removable or remedial causes that it fails to remove or remedy with reasonable dispatch.

12.2 **Waivers and Amendments**.  It is understood and agreed that none of the terms and conditions of this Agreement shall be deemed waived or amended by either Party unless such waiver or amendment is executed in writing by a duly authorized Representative of each Party. The failure of Spectrum to execute a right of termination shall not act as a waiver or amendment of any right of Spectrum under this Agreement or otherwise. The right of either Party to require strict performance will not be affected by any previous waiver, action, or course of dealing.

12.3 **Notices**.  All notices which are required or may be given to a Party pursuant to this Agreement or any Work Order shall be in writing and shall be given by personal delivery, by U.S. certified mail (postage prepaid, return receipt requested), or by Federal Express overnight delivery (or other reputable overnight delivery service) in each case, to the postal address for the recipient Party set out below, or by email (with delivery receipt to sender) to the e-mail

address for the recipient Party set out below.  Any such notice or and communication so given will be deemed to have been duly given upon the earliest of:  (a) if by personal delivery, then the date of delivery; (b) if by U.S. certified mail, then the date shown as received on the return notice; (c) if by Federal Express overnight delivery the date shown on the notice of delivery or (d) if by email, the date on which the correctly address emails leaves the sender's server, provided that in each case where such deemed giving of such a notice of communication would be on a date which is not a Business Day or is outside of normal business hours on a Business Day, such deemed giving of such a notice of communication would be at the start of normal business hours on the next Business Day. For these purposes a "Business Day" means any day other than Saturday or Sunday or a day on which banking institutions in New Orleans, Louisiana are authorized by Applicable Law to close. The postal addresses and email addresses and other notice details for each of the Parties are:

**If to Spectrum:**

> Spectrum OpCo LLC
> Postal address: 5005 Veterans Memorial Highway, Holbrook, NY 11741
> E-mail address: notices@spectrumenergyco.com
> Attn: Joe Winkler

**If to Contractor:**

> Environmental Safety & Health Consulting Services, Inc.
> Postal address: 1730 Coteau Road – Houma, LA 70364
> E-mail address: blandry@boucvalt.com
> Attn: Brandy Landry

Either Party may, by written notice to the other Party, amend any or all of its respective notice details set out above.

12.4   **Entire Agreement**.  This Agreement supersedes all prior representations, agreements, understandings, and commitments, whether oral or written, between the Parties concerning the subject matter hereof.

12.5   **Severability**.  Should any part of this Agreement be held invalid or unenforceable for any reason, such holding shall not affect the remaining parts, which shall continue in full force and effect.

12.6   **Assignment**.  Successors and Assigns. Neither Party may assign its rights and obligations under this Agreement, in whole or in part, without the prior written consent of the other Party, except that Spectrum may assign its rights and obligations hereunder to an Affiliate. Subject to the prior sentence, this Agreement shall be binding upon the successors, assigns, successive assigns, and legal representatives of the Parties; provided, however, that neither this Agreement nor the Work performed or provided hereunder shall be assigned or subcontracted by Contractor without the written consent of Spectrum and that any assignment or subcontract shall not relieve Contractor of its obligations hereunder.

12.7  **Survival**.  All provisions requiring survival beyond any termination of this Agreement, including those relating to audit, liens, choice of law, confidentiality, indemnity, insurance, taxation, title and warranty shall survive any such termination.

12.8  **Counterparts**.  This Agreement may be executed in any number of counterparts, each of which shall be an original, but all of which together constitute one instrument. Counterparts of this Agreement (or applicable signature pages here that are manually signed and delivered by facsimile transmission shall be deemed to constitute signed original counterparts hereof and shall bind the Parties signing and delivering in such manner.

*[Remainder of this page intentionally left blank.  Signature page follows]*

# Execution page to Master Services Agreement

THE PARTIES' SIGNATURES SIGNIFY THAT THE PARTIES HAVE READ AND UNDERSTOOD THIS AGREEMENT, INCLUDING ITS INDEMNITIES AND RELEASE PROVISIONS.

Executed by an authorized Representatives of each Party in duplicate the day and year so indicated below for such Party, but effective as of the Effective Date.

Company:    Spectrum OpCo LLC

Name:    Michael Munro

Title:    Chief Operating Officer

Signed:    *Michael Munro*

Date:    07/22/2024


Contractor:    Environmental Safety & Health Consulting Services, Inc.

Name:    Lawrence X. Boucvalt, III

Title:    President

Signed:    *Lawrence X Boucvalt III*

Date:    July 22, 2024

*[Execution page to Master Service Agreement]*

**Exhibit A**

**Work Order – Sample**

AGREEMENT NO.       #########

WORK ORDER NO.      #########

**Parties to this Work Order:**

| | | |
|---|---|---|
| **"Contractor"** | Contractor's Details | [Insert Full Corporate Name and details of Contractor] |
| **"Spectrum"** | Spectrum Group entity issuing Work Order | [Insert Full Corporate Name and details of the relevant Spectrum Entity, for example: "Spectrum Opco LLC, a Delaware Limited Liability Company] |

**1      MSA and Work Order.**

This is a *"Work Order"* as such term is defined in the Master Services Agreement dated ____ day of _____ 2024 by and between Spectrum OpCo LLC and the above-named Contractor (the **"MSA"**).

This Work Order is subject to and is hereby deemed to incorporate the terms and conditions of the MSA.  Words and phrases given a defined meaning in the MSA shall have the same meaning in this Work Order, unless such words and phrases explicitly defined otherwise in this Work Order.

**2      Work, Fees and Expenses.**

| 2.1 | Description of the Work to be delivered or performed by Contractor: | The Works will comprise of the follow:<br><br>• [Insert full details and specification for Works.  Consider referring to a sperate document(s) (eg drawings, designed etc) if appropriate. Where the Fee is payable by reference to stages/specific parts of the Works, consider describing the Works in those stages] |
|---|---|---|

| 2.2 | Deliverables to be provided by Contractor: | The Contractor in performing the Works will deliver the following to Spectrum: <br><br> • [Insert details of any "deliverables". For example, specific outcomes of the performance of the Works that must be achieved and specification for Works. Consider referring to a sperate document(s) (eg drawings, designed etc) is appropriate] |
|---|---|---|
| 2.3 | Commencement of Works: | The Contractor will start the performance and delivery of the Works as follows: <br><br> • [Details of when the Works must be commenced] |
| 2.4 | Timeline/time constraints for performance and delivery of the Works by Contractor: | The Contractor will perform and deliver the Works, in accordance with the following timelines: <br> • [Details of deadlines that must be met by the Contractor] |
| 2.5 | Other conditions applicable to Contractor's performance and delivery of the Works | The following conditions will apply to the Contractor's performance and delivery of the Works: <br> • [Details of any conditions specific to the Works] |

| | | |
|---|---|---|
| 2.6 | Fee: | The following fee will be payable by Spectrum in consideration for the due performance and delivery of the Works by Contractor:<br><br>• [Details of the fee payable by Spectrum and when that fee becomes payable. For example:<br><br>    ▪ "A fee of $XXX payable on completion of the Works"<br>    ▪ "A fee of $XXX payable on completion of the Stage 1 (as described above) of the Works and fee of $XXX payable on completion of the Stage 2 (as described above) of the Works"<br>    ▪ "A monthly fee of $XXX, in respect of each complete calendar month during which Contractor is duly performing and delivering the Works (or a pro rata amount of such fee where Contractor is duly performing and delivering the Works for less than a complete calendar month), in each case, such fee being payable monthly in arrears"<br>    ▪ "The Amount set out in the request for proposal entitled "XXXXXXXX", dated XXXXX and submitted by Contractor to Spectrum"<br>    ▪ "The amount set out in the bid-document entitled "XXXXXXXX", dated XXXXX and submitted by Contractor to Spectrum"<br>    ▪ "the amount determined for the services and labor rendered by Contractor's Personnel in respect of the Work and/or Contractor Furnished Items as set forth in the current rate schedule furnished by Contractor to Spectrum prior to the date of the Work Order"] |
| 2.7 | Costs and expenses payable by Spectrum in respect of the Works | The following costs and expenses will be incurred by Contractor in the due performance and delivery of the Works by Contractor and Spectrum has agreed to re-imburses Contractor for such costs and expenses, as set out below:<br><br>• [Details of the costs and expenses that Spectrum has agreed to pay for, for example: "In respect of the [   ] to be installed as part of the Works, the sum of $XXX. Spectrum will become liable to reimburse Contractor for such sum, on presentation by Contractor to Spectrum of an invoice for such sum, such invoice and other evidence to the reasonable satisfaction of Spectrum evidencing that Contractor has incurred such sum"] |

## 3    Amendments of the MSA

Spectrum and Contractor expressly agree that the following provisions of the MSA are amended in respect of the delivery and performance of the Work pursuant to the Work Only:

[insert specific details of any amendment to the terms of the MSA or insert "Not applicable"]

4       **Invoicing and Prices.**

4.1     All invoices raised in respect of the fees, costs and expenses (as set out in paragraph 2 of this Work Order) must:

4.1.1   be submitted to:

[Insert invoice address details]

4.1.2   set out the Work Order No. (as set out at the top of this Work Order)

4.1.3   [set out any other references required, for example AFE numbers]

4.2     The fees, costs and expenses (as set out in paragraph 2 of this Work Order) are fixed during the continuation of this Work Order.

4.3     In respect of all amounts that are the subject of undisputed invoices, duly submitted by Contractor to Spectrum in accordance to this Work Order, such amounts will become due and payable by Spectrum [insert payment details, for example: "30 days following due service of such invoice"].

4.4     In respect of any invoices that are disputed, such disputes will be resolved in accordance with eth terms of the MSA.

5       **Status and Termination of this Work Order.**

Once executed by Spectrum and Contractor, this Work Order will form a binding and enforceable contract between the Spectrum and Contractor for the performance and delivery of the Work by Contractor in consideration of the payment of the fees and expenses referred to un this Work Order by Spectrum.  The terms and conditions of such contract will be the terms and conditions of this Work Order and the terms and conditions of the MSA (the terms and conditions of the MSA being hereby incorporated into this Work Order).

6       **Conditions on which the Work Order is Given.**

Any additional or conflicting terms or conditions contained in any price list, delivery ticket, or other paper that may have been issued or may be issued in the future by Contractor to Spectrum in connection with the performance of the Work hereunder shall be of no force and effect unless specifically agreed in writing by Spectrum.

**Executed on behalf of Spectrum**

Signed:_____

Name: _____

Title:    _____


**Executed on behalf of Contractor**

Signed:_____

Name: _____

Title:    _____

**Exhibit B**

**Insurance**

**1      Insurance Classification and Minimum Required Limits**

1.1     Contractor agrees to procure and maintain at Contractor's sole cost and expense, insurance of the types and amounts set forth in this Exhibit B, with deductibles for the sole account of Contractor, with solvent insurance companies which are reasonably acceptable to Company, authorized to do business in the jurisdictions where the Work and general operations are likely to be performed and which shall be maintained without interruption during the entire Term (and, if longer, until the end of all Work Order Term(s)) . It is expressly understood and agreed that the coverages required herein: (1) represent the minimum requirements and are not to be construed to void or limit the defense, protection or indemnity obligations of Contractor under this Agreement; and (2) are being obtained by Contractor in support of Contractor's defense, protection and indemnity obligations under this Agreement. Prior to the commencement of any Work contemplated by this Agreement and/or any Work Order, Contractor shall provide or cause its insurance carriers to provide to Company a certificate or certificates of insurance on an ACORD form or other form approved for use by the Office of the Commissioner of Insurance of the state where the Work are to be performed and signed by authorized representatives of the insurance company evidencing all coverage's, extensions and limits required to be carried under this Agreement. Attached hereto as Exhibit C is such certificate(s) as at the Effective Date.

1.2     Without limiting the liability and indemnity obligations assumed by Contractor, Contractor shall cause its insurance company(s) to provide written proof that Company and its Affiliates (as herein defined) are granted status as an additional insured, but only to the extent of the liability and indemnity obligations assumed by Contractor within this Agreement, on said policies and provide a written waiver of subrogation in favor of Spectrum Group, but only to the extent of the liability and indemnity obligations assumed by Contractor within this Agreement. All references to protection, privileges, or indemnification assumed by Contractor in each such policy of insurance shall extend to and include Spectrum Group. Reasonable deductibles are acceptable and shall be for the sole account of Contractor. Contractor will notify its underwriters and Spectrum as soon as administratively possible; however, not later than seventy-two (72) hours following any incident or occurrence which may give rise to any claim against the Parties hereto. Contractor shall provide Spectrum with a non-privileged written report about such incidents within seventy-two (72) hours and fully cooperate with all investigations thereof. No insurance shall be cancelled or shall there be a significant reduction in coverage without prior written notice to Company by Contractor or the insurance agent of Contractor.

**2      Workers' Compensation Insurance**

In accordance with the laws of the State, Province or Territory in which the Work or operations are or will be performed and Contractor shall maintain Employer's Liability Insurance with a minimum limit of One-Million Dollars ($1,000,000) per occurrence.

**3**      **Comprehensive (or Commercial) General Liability Insurance**

On an **"Occurrence"** form (or, if on a **"Claims-Made"** form, Contractor shall purchase an Extended Reporting Provision of not less than thirty-six (36) months following the later of the end of the Term and the end of the last Work Order Term), including coverage for contractual liability, coverage for public liability, bodily injury, personal injury, advertising injury, employer's liability, property damage premises coverage, pollution coverage on a sudden and accidental/occurrence or time element basis, products and completed operations, **"Action Over"** claims and all other contractual obligations assumed in this Agreement. The minimum limit shall be One-Million Dollars ($1,000,000) combined single limit per occurrence and a Two-Million Dollars ($2,000,000) aggregate for Bodily Injury, Personal Injury and Property Damage.

**4**      **Excess (or Umbrella) Liability Insurance**

Coverage of at least Five-Million Dollars ($5,000,000) in excess of the foregoing primary liability policy limits shall be carried by Contractor and which **"follows form"** over the underlying insurance coverages. All of the foregoing policies containing an element of liability coverage shall be included within the Schedule of Underlying Coverage's of the Excess (Umbrella) Liability policy and shall be reported on the required Certificate of Insurance.

**5**      **Automobile Liability Insurance**

Coverage for bodily/personal injury and property damage, including but not limited to coverage for all owned, non-owned and hired automotive vehicles or automotive equipment with minimum limits of One-Million Dollars ($1,000,000) combined single limit per accident or occurrence for Bodily Injury and Property Damage.

**6**      **U.S. Longshoreman and Harbor Workers Act**

If applicable and wherever necessary for proper coverage, Workers Compensation and Employer's Liability coverage's shall include U.S. Longshoreman and Harbor Workers Act coverage including extension to the Outer Continental Shelf, and maritime operations coverage including admiralty benefits, Jones Act coverage, Death on the High Seas Act coverage, Maritime Employer's Liability coverage including wages, maintenance and transportation, and coverage for Master and Crews.

**7**      **Self Insured**

Contractor is not permitted to act as a self-insurer without the express written consent of Company as to any of the risks to which coverage is herein required. If Company consents to such self-insurance, such shall comply with all applicable laws.

**8**      **Sub-contracting**

In the event that Contractor enters into a contractual agreement with other persons or companies (i.e. other contractors or subcontractors) Contractor shall require that all of subcontractors will provide at least the foregoing insurance coverage's, including equivalent

additional insured and waiver of subrogation clauses as those required herein. Regardless of whether any subcontractor provides such minimal insurance, additional insured and waiver of subrogation clauses, Contractor shall remain obligated to Company for any such deficiencies and the subcontractor shall be deemed the direct employee of Contractor. Contractor agrees to defend, indemnify and save Spectrum Group harmless from all Losses to which said coverage's would have applied.

**9      Hold Harmless**

Contractor does hereby agree to protect, Defend, indemnify and hold harmless Spectrum Group from any Losses suffered as a result of Contractor's failure to comply with any of the above insurance requirements and/or any applicable law, including the additional insured requirements and obtaining of waivers of subrogation, or due to any insurance coverage being invalidated due to Contractor's failure to comply with the terms, conditions, and warranties of the insurance. Where stated throughout this Agreement (including, but not limited to, this Exhibit B), naming as additional insured and waivers of subrogation shall only apply to the extent of the liability and indemnity obligations assumed by Contractor within this Agreement.

Exhibit C

**Exhibit C**

**Certificate(s) of Insurance**