

Walter P. Maestri

July 31, 2025

**VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED**
Mr. William Brodie Mire
Private Workforce Solutions, LLC
2706 Curtis Lane
New Iberia, Louisiana 70560

Re: Ramond Savant
D/L March 14, 2025

Dear Mr. Mire:

Environmental Safety & Health Consulting Services, Inc. ("ES&H") has received the attached correspondence from attorneys representing Raymond Savant. We understand that you are familiar with the allegations made by Mr. Savant. In general, Mr. Savant alleges that on March 14, 2025 he was navigating ES&H's M/V MS. PATSY downbound in the Lower Mississippi River near Pilot Town when the vessel struck a navigation buoy. The allision with the buoy caused the MS. PATSY to take on water and sink, forcing Mr. Savant and two passengers to abandon the vessel. Mr. Savant claims to have sustained injuries because of the accident. Through his attorneys' correspondence he seeks payment of maintenance and cure.

On the date of the accident Mr. Savant was working for Private Workforce Solutions, LLC ("PWS") pursuant to a January 4, 2018, Master Subcontractor Service Agreement with ES&H. A copy of the MSA is enclosed.

Under the terms of the MSA, PWS agreed to fully release, defend, hold harmless, and indemnify Company Group against any and all suits, actions, or proceedings, at law or in equity, and from any and all claims, demands, losses, judgments, damages, costs, expenses, or liabilities arising out of bodily injury or death of any employee of Contractor. ES&H is a member of the Company Group.

The relevant contractual provisions are found at Articles 2 and 14 of the July 19, 2024 Master Service Agreement and state:

ARTICLE 2: DEFINITIONS

In this Contract, the words and phrases shall have the meanings ascribed below or as defined separately in the individual Articles of this Contract.

* * *

2.2 "Claim/Loss" and "Claims/Losses" shall mean all claims and losses of all kinds and descriptions concerning bodily injury, personal injury, illness,

Deutsch Kerrigan, L.L.P.

Exhibit H

        death, and/or property damage, including claims and/or losses for the above, regardless of how such claims and/or losses may be characterized. Included in this definition, without limitation, are all allegations of damages of any kind and description; all liabilities, liens, privileges, and other encumbrances; all causes of action whatsoever (including actions in rem or in personam, at law or in equity), all obligations, judgments, interest, costs, expenses, and awards; whether created by law, contract, tort, arbitration, voluntary settlement (to the extent authorized by the Indemnitor), or otherwise; and shall, except as otherwise expressly provided, include claims based on contractual indemnity.

2.3    "Company" shall mean the Party or Parties designated in the preamble to this Contract.

* * *

2.5    "Contractor" shall refer to the Party or Parties designated in the preamble to this Contract.

### ARTICLE 14: INDEMNITY

14.2    Subject to Section 14.3, below, Contractor shall fully release, defend, hold harmless, and Indemnify Company Group against any and all suits, actions, or proceedings, at law or in equity, and from any and all claims, demands, losses, judgments, damages, costs, expenses, or liabilities arising out of bodily injury or death of any employee of Contractor or its Subcontractors, or property damage of Contractor or its Subcontractors, which arise directly or indirectly out of, or are in any way related to the Work, without limit, and without regard to the cause or causes thereof, including without limitation the gross, sole, joint, partial, or concurrent negligence or fault of Company Group, the strict or absolute liability of Company Group, and whether groundless or not.

ES&H calls upon PWS to protect, defend, release, indemnify, and hold harmless ES&H for the claims brought by Raymond Savant in the referenced lawsuits. ES&H requests that PWS provide notice of ES&H's demand for defense and indemnity to PWS' insurer(s) as the indemnity obligations imposed by the MSSA are to be covered by insurance. See Paragraph 15.2(d) of the master service agreement.

Finally, ES&H respectfully requests that the attorneys currently representing ES&H in this matter continue as its counsel. This defense approach retains counsel that is familiar with ES&H's operations and personnel and fosters a representation that is uniform, efficient and cost effective.

Please give this request due consideration and provide your response and your insurer's response as soon as possible.

Sincerely,

**Walter P. Maestri**
Enclosures