
755 Magazine Street
New Orleans, LA 70130
T. 504-593-0757
F. 504-566-1201
wmaestri@deutschkerrigan.com

Walter P. Maestri

July 31, 2025

**VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED**
Mr. Ron Melendrez
JRon Services LLC
2740 Fairfield Drive
Gretna, Louisiana 70056

Re: Justin Campbell v. ES&H, et al
25th Judicial District Court
Parish of Plaquemines, State of Louisiana
No. 00069793, Division A

Raymond Alvarez v. ES&H, et al
25th Judicial District Court
Parish of Plaquemines, State of Louisiana
No. 00069806, Division A

Dear Mr. Melendrez:

Environmental Safety & Health Consulting Services, Inc. ("ES&H") has been sued in the attached lawsuits by your employees, Justin Campbell and Raymond Alvarez. We understand that you are familiar with the allegations made by Mr. Campbell and Mr. Alvarez against ES&H and Private Workforce Solutions, LLC. Copies of the lawsuits are enclosed for your reference but in general the plaintiffs allege that on March 14, 2025 they were passengers aboard ES&H's M/V MS. PATSY as it navigated downbound in the Lower Mississippi River near Pilot Town when the vessel struck a navigation buoy. The allision with the buoy caused the MS. PATSY to take on water and sink, forcing Mr. Campbell and Mr. Alvarez to abandon the vessel. Both gentlemen claim to have sustained physical, mental and emotional trauma because of the accident.

On the date of the accident Mr. Campbell and Mr. Alvarez were working as welders for Jron Services, LLC pursuant to a July 19, 2024 Master Service Agreement with Spectrum OpCo, LLC ("Spectrum"). A copy of the MSA is enclosed.

Under the terms of the MSA, JRon agreed to protect, defend, release, indemnify, and hold harmless the Spectrum Group, upon demand, from and against all claims, damages, and expenses with respect to personal, emotional, physical, bodily injury and psychological injury (including illness, disease, bodily injury or death) suffered by a member of the JRon Contractor Group. ES&H is a member of the Spectrum Group.

The relevant contractual provisions are found at Paragraphs 2 and 6 of the July 19, 2024 Master Service Agreement and state:

    2.    **DEFINED AND INTERPRETATION**. In this Agreement the following words and phrases shall have the following meaning:

* * *

Deutsch Kerrigan, L.L.P.

Exhibit I

"Spectrum Group" means and includes (both individually and collectively) Company, its Affiliates, its and their co-participants, partners, co-lessees, co-owners, joint venturers, and contractors and subcontractors, and its and their respective directors, officers, employees (including agency personnel), servants, agents and invitees, but does not include any member of Contractor Group.

6    **INDEMNITIES AND LIABILITIES**

6.1  **INDEMNITY FROM CONTRACTOR TO SPECTRUM**. CONTRACTOR HEREBY RELEASES AND SHALL PROTECT, DEFEND, RELEASE, INDEMNIFY, AND HOLD HARMLESS SPECTRUM GROUP, UPON DEMAND, FROM AND AGAINST ANY AND ALL CLAIMS, DAMAGES, AND EXPENSES SUFFERED WITH RESPECT TO:

6.1.1 PERSONAL, EMOTIONAL, PHYSICAL, BODILY AND PSYCHOLOGICAL INJURY (INCLUDING ILLNESS, DISEASE, BODILY INJURY OR DEATH) OF CONTRACTOR GROUP (REGARDLESS OF CAUSE);

\* \* \*

ARISING OUT OF THE PERFORMANCE OR NON-PERFORMANCE BY CONTRACTOR GROUP OF ITS OBLIGATIONS PURSUANT TO THIS AGREEMENT, ANY WORK ORDER, ANY BRIDGING AGREEMENT, OR ANY PRESENCE ON ANY PREMISES (OR MODE OF TRANSPORTATION) IN CONNECTION THEREWITH OF ANY EMPLOYEES, OFFICERS, AGENTS, SUBCONTRACTORS OR OTHER PERSONNEL OF THE CONTRACTOR GROUP, REGARDLESS OF THE ACTUAL OR ALLEGED CAUSE, FAULT OR RESPONSIBILITY, BUT NOT FOR CLAIMS TO THE EXTENT ARISING FROM SPECTRUM GROUP'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT.

ES&H calls upon JRon Services to protect, defend, release, indemnify, and hold harmless ES&H for the claims brought by Justin Campbell and Raymond Alvarez in the referenced lawsuits. ES&H requests that JRon provide notice of ES&H's demand for defense and indemnity to JRon's insurer(s) as the indemnity obligations imposed by the MSA are to be covered by insurance. See Paragraph 6.10 of the master service agreement.

Finally, ES&H respectfully requests that the attorneys currently representing ES&H in these matters continue as counsel. This defense approach retains counsel that is familiar with ES&H's operations and personnel and fosters a representation that is uniform, efficient and cost effective.

Please give this request due consideration and provide your response and your insurer's response as soon as possible.

Sincerely,

**Walter P. Maestri**
Enclosures